UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | MDL No. 2669 |

### ORDER

This matter is before the Court on a Joint Motion to Stay December 14, 2015 Order Directing Plaintiff to File an Amended Complaint using Real Name by December 23, 2015 in the case of *John Doe v. Avid Life Media, Inc. et al*, ARE/4:15-CV-640-JM. (Doc. No. 7) On December 23, 2015, this Court entered a Practice and Procedure Order Upon Transfer staying all pending deadlines until further order of this Court. (Doc. No. 5)

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay December 14, 2015 Order Directing Plaintiff to File an Amended Complaint using Real Name by December 23, 2015 [7] is **DENIED** as moot.

Dated this 28th day of December, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**