**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) |
| This Document Relates to: | )  MDL No. 2669 ) ) Case No. 4:15MD2669 JAR |
| ALL CASES | ) ) |

**MOTION FOR APPOINTMENT OF PLAINTIFFS' INTERIM**
**LIAISON COUNSEL, INTERIM CO-LEAD COUNSEL,**
**AND INTERIM EXECUTIVE COMMITTEE**

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, plaintiffs in the related actions docketed before transfer as *Jane Doe, et al. v. Avid Life Media, Inc., et al.,* No. 4:15-cv-01132-JAR (E.D. Mo.); *John Doe v. Avid Life Media, Inc.,* No. 3:15-cv-02750-N (N.D. Tex.); *Gustavo Alfaro v. Avid Life Media, Inc., et al.,* No. 5:15-cv-02295-PSG-AJW (C.D. Cal.); *John Doe, et al. v. Avid Life Media, Inc., et al.,* No. 3:15-cv-00658-HTW-LRA (S.D. Miss.); *John Doe No. 1, et al. v. Avid Life Media, Inc., et al.,* No. 2:15-cv-06619-PSG-PJW (C.D. Cal.); *Jane Doe, et al. v. Avid Life Media, Inc., et al.,* No. 1:15-cv-07017-ALC (S.D.N.Y.); *Deloach v. Avid Life Media, Inc., et al.,* No. 4:15-cv-00299-WTM-GRS (S.D. Ga.); and *John Doe v. Avid Life, Media, Inc., et al.,* No. 6:15-cv-01464-LSC (N.D. Ala.)[1] (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully move this Court for an Order:

---

[1] Each of these actions is included in the Panel's original Transfer Order or in CTO-1. *See* Transfer Order (Dec. 9, 2015) [Doc. No. 1] and Conditional Transfer Order 1 (Dec. 22, 2015) [Doc. No. 4].

1

(1)      appointing Douglas P. Dowd and Dowd & Dowd, P.C., as Plaintiffs' Interim Liaison Counsel, with responsibilities including facilitating, in consultation with Plaintiffs' Interim Co-Lead Counsel, counsel for Defendants and the Court, orderly communications between the Court and all counsel; maintaining complete files with copies of all documents served upon him, and making such files available to other parties upon request; maintaining a service list of all MDL Plaintiffs' counsel; and receiving orders and notices from the MDL Panel pursuant to Rule 8(e) of the Panel's Rules of Procedure on behalf of all parties and the preparation and transmittal of copies of such orders and notices to all parties;

(2)      appointing John J. Driscoll and The Driscoll Firm, P.C., and W. Lewis Garrison, Jr., and Heninger Garrison Davis, LLC, as Plaintiffs' Interim Co-Lead Counsel, with responsibilities including coordination and organization of Plaintiffs' counsel; preparation of a consolidated class action complaint and other consolidated pleadings; motion initiation, response, scheduling, briefing and argument; conduct of discovery; assignment of work to Plaintiffs' counsel in order to facilitate the orderly and efficient prosecution of this litigation and avoid duplicative or unproductive efforts; designating attorneys to appear on behalf of Plaintiffs at court hearings and conferences; consultation with and retention of expert witnesses; negotiations with Defendants; conduct of trial and post-trial proceedings; and coordination and communication with Defense counsel regarding the foregoing;

(3)      appointing a Plaintiffs' Interim Executive Committee comprised of John Arthur Eaves, Jr., and the Eaves Law Firm; Christopher S. Hinton and The

Rosen Law Firm, P.A; Gary F. Lynch and Carlson Lynch Sweet & Kilpela, LLP; and J. Parker Yates and Baddley & Mauro, LLC, with responsibilities including coordination with Plaintiffs' Interim Co-Lead Counsel regarding the foregoing and the timely and efficient completion of assignments delegated by Plaintiffs' Interim Co-Lead Counsel; and

(4)    ordering any such further relief that the Court deems just and appropriate.

For the reasons set forth in their Memorandum in Support, which Plaintiffs incorporate by this reference, the requested appointments will clarify responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting discovery, moving for class certification, and negotiating settlement, and will promote the just and efficient conduct of the litigation.  In addition, the attorneys seeking appointment have worked diligently on this action since its inception, have considerable experience in prosecuting consumer class actions and other complex litigation, are knowledgeable regarding the applicable law and this Court's local rules and procedure, and have demonstrated their ability to commit the resources necessary to successfully prosecute this matter.

WHEREFORE, Plaintiffs request that the Court enter an Order making the appointments set forth above.

Date: January 6, 2016                    Respectfully Submitted,


                                         DOWD & DOWD, P.C.


                        By:    /s/ Douglas P. Dowd
                               Douglas P. Dowd (29240MO)
                               William T. Dowd (39648MO)
                               Alex R. Lumaghi (56569MO)
                               211 North Broadway, Suite 4050
                               St. Louis, Missouri  63102
                               Tel.: (314) 621-2500
                               Fax: (314) 621-2503
                               doug@dowdlaw.net
                               bill@dowdlaw.net
                               alex@dowdlaw.net

                               John J. Driscoll (54729MO)
                               Christopher J. Quinn (41883MO)
                               Gregory G. Pals (48820MO)
                               THE DRISCOLL FIRM, P.C.
                               211 N. Broadway, 40th Floor
                               St. Louis, Missouri  63102
                               Tel.: (314) 932-3232
                               Fax: (314) 932-3233
                               john@thedriscollfirm.com
                               chris@thedriscollfirm.com
                               greg@thedriscollfirm.com

                               W. Lewis Garrison, Jr.
                               Taylor C. Bartlett
                               Christopher B. Hood
                               HENINGER GARRISON DAVIS, LLC
                               2224 1st Avenue North
                               Birmingham, Alabama 35203
                               Tel.: (205) 326-3336
                               Fax: (205) 326-3332
                               wlgarrison@hgdlawfirm.com
                               taylor@hgdlawfirm.com

                               James F. McDonough, III
                               HENINGER GARRISON DAVIS, LLC
                               3621 Vinings Slope, Suite 4320

4

Atlanta, Georgia  30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hgdlawfirm.com

John Arthur Eaves, Jr.
JOHN ARTHUR EAVES
ATTORNEYS AT LAW
101 North State Street
Jackson, Mississippi  39201
Tel.: (601) 355-7961
Fax: (601) 355-0530
johnjr@eaveslaw.com

Christopher S. Hinton
THE ROSEN LAW FIRM P.A.
275 Madison Avenue, 34th Floor
New York, New York  10016
Tel.: (212) 686-1060
Fax: (212) 202-3827
chinton@rosenlegal.com

Gary F. Lynch
CARLSON LYNCH SWEET &
KILPELA, LLP
1133 Penn Ave., 5th floor
Pittsburgh, Pennsylvania  15222
Tel.: (412) 322-9243
Fax: (724) 656-1556
glynch@carlsonlynch.com

J. Parker Yates
BADDLEY & MAURO LLC
850 Shades Creek Parkway
Suite 310
Birmingham, AL  35209
Tel.: (205) 939-0090
Fax: (205) 939-0064
jpy@baddleymauro.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.  In addition, copies were served via email and U.S. Mail upon the following attorneys of record

Ari Cherniak
HammondLaw PC
1829 Reisterstown Road
Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: acherniak@hammondlawpc.com

Julian Ari Hammond
HammondLaw PC
1829 Reisterstown Road
Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: hammond.julian@gmail.com

Polina Pecherskaya
HammondLawPC
1829 Reisterstown Road Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: ppecherskaya@hammondlawpc.com

John T. Kirtley, III
FERRER AND POIROT
2603 Oak Lawn
Suite 300
Dallas, TX 75219-9109
214-521-4412
Fax: 866-513-0115
Email: jkirtley@lawyerworks.com

Byron T. Ball
The Ball Law Firm LLP

644 S Figueroa Street
Los Angeles, CA 90017
310-446-6148
Fax: 310-441-5386
Email:  btb@balllawllp.com

William B. Federman
Federman and Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73102
405-235-1560
Fax: 405-239-2112
Email:  wbf@federmanlaw.com

David William Nelson
Barnes and Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067-2904
310-284-3880
Fax: 310-284-3894
Email:  dnelson@btlaw.com

Kevin D. Rising
Barnes and Thornburg LLP
2029 Century Park East
 Suite 300
Los Angeles, CA 90067-3010
310-284-3880
Fax: 310-284-3894
Email:  kevin.rising@btlaw.com

Christine Elizabeth Skoczylas
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
312-214-5613
Email: christine.skoczylas@btlaw.com

E. B. Chiles, IV
Quattlebaum, Grooms & Tull PLLC
111 Center Street
Suite 1900

Little Rock, AR 72201-3325
501-379-1700
Email: cchiles@qgtb.com

Helen Claire Looney
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102
314-259-2906
Fax: 314-552-8906
Email:  helen.looney@bryancave.com

Richard P. Cassetta
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102
314-259-2823
Fax: 314-552-8823
Email: richard.cassetta@bryancave.com

James C. Barton, Jr.
BUTLER SNOW LLP
ONE FEDERAL PLACE
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
205-297-2200
Fax: 205-297-2201
Email:  jim.barton@butlersnow.com

Katrina Carroll
Lite DePalma Greenberg
211 W. Wacker Drive, Ste. 500
Chicago, IL 60606
312-750-1591
Fax: 312-212-5919
Email:  kcarroll@litedepalma.com

Joseph J. Siprut
Siprut, P.C.

17 North State Street, Ste. 1600
Chicago, IL 60602
312-236-0000
Fax: 312-878-1342
Email:  jsiprut@siprut.com

Kyle Alan Shamberg
Lite DePalma Greenberg, LLC
211 W. Wacker Drive
Suite 500
Chicago, IL 60606
312-750-1265
Email: kshamberg@litedepalma.com

Michael Loren Silverman
Siprut PC
17 North State Street
Suite 1600
Chicago, IL 60602
(312) 236-0000
Email: msilverman@siprut.com

Richard R. Gordon
Gordon Law Offices, Ltd.
211 W. Wacker Drive, Ste. 500
Chicago, IL 60606
312-332-5200
Fax: 312-236-7727
Email:  rrg@gordonlawchicago.com

Gary E. Mason
Whitfield Bryson & Mason, LLP
1625 Massachusetts Ave. NW
Ste. 605
Washington, DC 20036
202-429-2290
Fax:  202-429-2294
Email: gmason@wbmllp.com

Charles D. Davidson
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977

Fax: 501-374-5917
Email: skipd@dlf-ar.com

Christopher D. Jennings
Johnson & Vines, PLLC
2226 Cottondale
Suite 210
Little Rock, AR 72202
501-372-13000
Fax: 888-505-0909
Email: cjennings@johnsonvines.com

David Louis Gershner
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977
Email: davidg@dlf-ar.com

Stephanie A. Linam
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977
Fax: 501-374-5912
Email: stephaniealinam@gmail.com

Jennifer L. Duffy
Law Offices of Jennifer Duffy, APC
28649 S. Western Ave. #6571
San Pedro, CA 90734
310-714-9779
Fax: 213-217-5010
Email: jld@kbklawyers.com

Jonathan Shub
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
Fax: 215-238-1968
Email: jshub@kohnswift.com

Ashley R. Rifkin
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: arifkin@robbinsarroyo.com

Brian J. Robbins
Robbins Arroyo LLP
600 B Street Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: brobbins@robbinsarroyo.com

Conrad B. Stephens
Stephens and Stephens LLP
505 South McClelland Street
Santa Maria, CA 93454
805-922-1951
Fax: 805-922-8013
Email: conrad@stephensfirm.com

Kevin A. Seely
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: kseely@robbinsarroyo.com

Leonid Kandinov
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: lkandinov@robbinsarroyo.com

Rebecca Anne Peterson

Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: rapeterson@locklaw.com

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981
Email: rkshelquist@locklaw.com

Carlton F. Bennett
Bennett & Zydron PC
120 S Lynnhaven Rd
Suite 100
Virginia Beach, VA 23452
757-486-5454
Fax: 757-486-8910
Email: cbennett@bandzlaw.com

Joseph Henry Bates, III
Carney Bates and Pulliam PLLC
2800 Cantrell Road Suite 510
Little Rock, AR 72202
501-312-8500
Fax: 501-312-8505
Email: hbates@cbplaw.com

Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C.
77 West Washington Street
Suite 1220
Chicago, IL 60602
312-440-0020
Fax: 312-440-4180
Email: tom@attorneyzim.com

Scott Theodore Ferrill
Attorney at Law
115 55th Street

Suite 400
Clarendon Hills, IL 60514
630-908-7680
Fax: 630-908-7165
Email: chicagolaw@gmail.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard
Suite 1675
St. Louis, MO 63105
Phone: 314-226-1015
Fax: 202-789-1813
Email: mflannery@cuneolaw.com

Anthony C. Lake
Gillen Withers & Lake, LLC
3490 Piedmont Rd.
Suite 1050
Atlanta, GA 30305
404-842-9700
Fax: 404-842-9750
Email: aclake@gwllawfirm.com

Thomas A. Withers
Gillen Withers & Lake, LLC
P.O. Box 10164
Savannah, GA 31412
912-447-8400
Fax: 912-629-6347
Email: twithers@gwllawfirm.com

William G. Bell, III
William G. Bell, III, PC
420 W. Broughton St.
Savannah, GA 31401
912-233-8000
Fax: 912-234-0103
Email: wgbatty@hotmail.com

*/s/ Douglas P. Dowd*
Douglas P. Dowd