## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE ASHLEY MADISON CUSTOMER | ) | |
| DATA SECURITY BREACH LITIGATION | ) | |
| | ) | MDL No. 2669 |
| This Document Relates to: | ) | |
| | ) | Case No. 4:15MD2669 JAR |
| ALL CASES | ) | |
| | ) | |

### SIPRUT'S RESPONSE TO MOTION FOR
### APPOINTMENT OF PLAINTIFFS' INTERIM COUNSEL

Plaintiffs John Doe (the plaintiff in constituent matter *Doe v. Avid Life Media, Inc.*, *et al.*, 1:15-cv-07760 (N.D. Ill. 2015)); Michael Pauly (the plaintiff in constituent matter *Pauly v. Avid Life Media, et al.*, 1:15-cv-08842 (N.D. Ill. 2015); and John Doe (the plaintiff in constituent matter *Doe v. Avid Life Media, et al.*, 1:15-cv-08270 (N.D. Ill. 2015)) (collectively the "Plaintiffs"), through Siprut PC and their undersigned Counsel, submit this Response to the January 6, 2016 motion, ECF Doc. 13, seeking the appointment of W. Lewis Garrison, Jr. and John Driscoll as Interim Lead Counsel in this matter.[1]

### I.      Introduction

Plaintiffs do not take issue with the credentials and experience of the Driscoll-Garrison Group as commercial litigators, and do not oppose their appointment to the various roles requested in their motion.  With all respect to proposed Co-Leads in that group, however, ***none***

---

[1] Stated more comprehensively, the Motion sought the appointment of (1) Douglas P. Dowd and Dowd & Dowd, P.C., as Plaintiffs' Interim Liaison Counsel; (2) John J. Driscoll and The Driscoll Firm, P.C., and W. Lewis Garrison, Jr., and Heninger Garrison Davis, LLC, as Plaintiffs' Interim Co-Lead Counsel; and (3) a Plaintiffs' Interim Executive Committee comprised of John Arthur Eaves, Jr., and the Eaves Law Firm; Christopher S. Hinton and The Rosen Law Firm, P.A; Gary F. Lynch and Carlson Lynch Sweet & Kilpela, LLP; and J. Parker Yates and Baddley & Mauro, LLC (collectively referenced herein as the "Driscoll-Garrison Group").

*of them have any data breach experience at all*, and only a few in the whole group appear to have any experience in class action litigation generally. The single most important thing in appointing Class Counsel for a data breach case is to ensure the lawyers leading the case have vast experience in this exact area of the law. That does not mean they simply have to be good lawyers or successful lawyers (no one disputes the Driscoll-Garrison Group clears that standard easily); it means the lawyers have to show a track record of litigating this type of case, that they know the law, and they are the best choice to articulate the legal positions and claims of the combined plaintiffs and class members. And with no proposed Co-Leads in their group who actually have any data breach experience, the Driscoll-Garrison Group can be considered incomplete at best.

We respectfully submit that both Joseph Siprut of Siprut PC, and Katrina Carroll of Lite DePalma Greenberg, LLC, counsel for Plaintiffs (and collectively referenced herein as the "Siprut-LDG Group") are two of the most experienced data breach class action practitioners in the United States, and are involved as lead or co-lead counsel at this very moment in several of the most important data breach class actions in the country. We have no interest in trying to argue that any proposed lawyer or law firm is "better" than anyone else. We are simply pointing out this is a very large data breach class action, and the Driscoll-Garrison group just so happens to lack data breach experience. That can be cured by adding in an additional Co-Lead Counsel who brings that experience to the table.

Plaintiffs therefore submit that Siprut-LDG Group be merged into the Driscoll-Garrison Group, with Joseph Siprut taking an additional Co-Lead spot, and Katrina Carroll of Lite DePalma Greenberg taking an additional spot on Plaintiffs' Executive Committee. This proposal does not exclude any of the things proposed by Driscoll-Garrison; it simply adds in a bit more

and, in so doing, easily solves what would otherwise be a significant issue about the data breach experience of the Driscoll-Garrison group.

## II.     Any Leadership Appointment Must Include Lawyers Who Have Demonstrated Experience In This Specific Area.

Courts appointing lead counsel have placed great emphasis on proposed class counsel's experience and knowledge of applicable law. *See generally White v. 14051 Manchester, Inc.*, 301 F.R.D. 368, 381 (E.D. Mo. 2014) ("Plaintiffs state that class counsel are experienced wage and hour and complex action attorneys and have engaged in vigorous and intense litigation in this case already . . . the Court finds that Plaintiffs' counsel are able to adequately represent the class, given their experience in wage and hour cases and complex litigation"); *In Re Toys R Us Antitrust Litig.,* 191 F.R.D. 347, 351 (E.D.N.Y. 2000) ("Class counsel are highly skilled and experienced and can fairly and adequately represent the interests of the class."); *In re Cree, Inc. Sec. Litig.,* 219 F.R.D. 369, 373 (M.D.N.C. 2003) (appointing class counsel in a securities case where the firm had "extensive experience in representing institutional investors in securities actions throughout the country and . . . long been heavily engaged in securities and corporate litigation.").

Moreover, "the approval of multiple firms as co-lead counsel may provide the purported class with the benefits of combined resources and expertise, which may be especially valuable in a complex case." *In re Tyco Int'l, Ltd.*, No. 00-1335, 2000 WL 1513772, at *9 (D.N.H. Aug. 17, 2000) (appointing three co-lead counsel and a liaison counsel); *see, e.g.*, *In re Google Inc. Cookie Placement Consumer Privacy Litig.*, No. MDL CIV. 12-2358-SLR, 2012 WL 5833604, at *1 (D. Del. Nov. 16, 2012) (appointing a leadership structure with multiple firms because "the magnitude of the class action justifies the pooling of resources and experience").

As detailed below, the Driscoll-Garrison group does not meet that standard, but the

addition or merger of the Siprut-LDG Group immediately solves that problem.

**III.    The Siprut-LDG Group Has Unparalleled Expertise In Prosecuting Data Breaches.**

Members of the Siprut-LDG Group have obtained multiple significant data breach decisions and settlements. Mr. Siprut is currently co-counsel in *Hilary Remijas, et al. v. Neiman Marcus Group, LLC*, 794 F.3d 688 (7th Cir. 2015), the landmark case in which the Seventh Circuit Court of Appeals reversed the district court's ruling in favor of the defendant on a motion to dismiss, holding that the plaintiffs had satisfied Article III standing requirements. Mr. Siprut and Ms. Carroll are also co-lead counsel in *Lewert v. P.F. Chang's China Bistro, Inc.* (No. 14-3700), another major data breach case which Mr. Siprut just argued before the Seventh Circuit (awaiting decision).

Siprut's and Carroll's additional leadership roles in data breach class actions include:

- *Moyer v. Michaels* (Case No. 2:14-cv-07006-JS-ARL, E.D. N.Y.): Siprut lead counsel in nationwide class action relating to a security breach exposing the personal information of hundreds of thousands of consumers nationwide.

- *Lim, et al. v. Vendini* (Case No. 14-cv-561, Cal. Sup Ct.): Siprut appointed co-lead counsel in nationwide class action relating to a security breach exposing the personal information of hundreds of thousands of consumers nationwide. Cash settlement of $3 million granted final approval.

- *In re Barnes & Noble Pin Pad Litigation* (Case No. 12-cv-8617, N.D. Ill.): Siprut appointed co-lead counsel in nationwide class action relating to a security breach exposing the personal information of hundreds of thousands of consumers nationwide.

- *Knoch v. Intuit, Inc.* (Case No. 15-cv-03650, N.D. Cal.): Siprut appointed to Executive Committee of consolidated data breach class litigation against Intuit.

- *In re Community Health Systems, Inc.*, (Case No. 15-cv-222, N.D. Ala.): Carroll appointed to Plaintiffs' Executive Committee in data breach litigation.

- *Greater Chautauqua Federal Credit Union, et al. v. Kmart Corporation, et al.* (Case No. 1:15-cv-02228, N.D. Ill. 2015): Carroll appointed to Plaintiffs' Steering Committee in data breach litigation.

Mr. Siprut also has substantial class action experience generally, with numerous multi-million dollar settlements or judgments. He was named a "Super Lawyer" in Illinois for Class Action Litigation, and holds an *AV Preeminent* rating by Martindale Hubble, the highest possible peer review rating. Recent settlements and leadership appointments include the following:

- *Douglas v. Western Union Company* (Case No. 14-cv-01741, N.D. Ill.): Appointed lead counsel in nationwide class action asserting claims under the Telephone Consumer Protection Act. Motion for preliminary approval of $8.5 Million cash settlement granted.

- *Chimeno-Buzzi v. Hollister Co. et al.* (Case No. 14-cv-23120-MGC, S.D. Fl.): Appointed co-lead counsel in nationwide class action asserting claims under the Telephone Consumer Protection Act. Motion for preliminary approval of $10 Million cash settlement pending.

- *In re Southwest Airlines Voucher Litigation* (Case No. 11-cv-8176, N.D. Ill.): Appointed lead counsel in nationwide class action relating to Southwest's unilateral cancellation of drink vouchers paid for by business select travelers. Settlement valued at $29 Million granted final approval.

- *In re Energizer Sunscreen Litigation*, (Case No. 13-cv-00131, N.D. Ill.): Appointed lead counsel in nationwide class action relating to defective sunscreen nozzles manufactured by Energizer. Settlement valued up to $200 Million granted final approval.

- *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation* (Case No. MDL 13-cv-9116, N.D. Ill.): Appointed co-lead counsel in consolidated MDL litigation against the NCAA on behalf of current and former collegiate athletes related to concussions and head injuries. Landmark settlement of $75 million submitted for preliminary approval.

Siprut and Carroll's firm resumes, including individual biographies, are attached, respectively, as **Exhibit 1** and **Exhibit 2** hereto.

## CONCLUSION

For the foregoing reasons, counsel for Plaintiffs respectfully requests that this Court approve the Siprut-LDG Group's proposed plaintiff leadership structure and the designation of counsel outlined herein.

Dated:  January 20, 2016                         Respectfully submitted,


*/s/ Joseph J. Siprut*
Joseph J. Siprut
*jsiprut@siprut.com*
John Marrese
*jmarrese@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.300.4809

Katrina Carroll
*kcarroll@litedepalma.com*
Kyle A. Shamberg
*kshamberg@litedepalma.com*
**LITE DEPALMA GREENBERG LLC**
Chicago Office
211 W. Wacker Drive
Suite 500
Chicago, Illinois 60606
312.750.1265
Fax: 973.623.0858

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 20th day of January, 2016, she caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.


By:  */s/ Joseph J. Siprut*
Joseph J. Siprut