UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION ) ) ) ) This Document Relates to: ) ) ALL CASES ) ) | MDL No. 2669 Case No. 4:15MD2669 JAR |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF PLAINTIFFS' INTERIM LIAISON COUNSEL, INTERIM CO-LEAD COUNSEL, AND INTERIM EXECUTIVE COMMITTEE**

At the initial status conference held on January 26, 2016, the Court invited Plaintiffs' counsel to file any additional submissions relating to Plaintiffs' leadership structure and the creation of a Common Benefit Fund. In response to the Court's request, movants have modified the proposed leadership structure described in the Plaintiffs' working group's Amended Motion for Appointment of Plaintiffs' Interim Liaison Counsel, Interim Co-Lead Counsel, and Interim Executive Committee (Doc. 66), by adding two additional members to Plaintiffs' proposed Interim Executive Committee. Movants also respectfully submit their proposal for a Common Benefit Fund, which is further detailed in the Proposed Order submitted herewith.

**A.   REQUEST TO APPOINT ADDITIONAL MEMBERS TO PROPOSED INTERIM EXECUTIVE COMMITTEE.**

During the initial status conference, the Court indicated that it was unwilling at this time to create a dual plaintiffs' counsel structure with separate liaison, lead and executive committees. The Court further suggested that it intended to appoint a structure of liaison counsel, co-lead counsel and a Plaintiffs' executive/steering committee, consisting of either five or seven firms, to represent Plaintiffs and the putative Class. The Court also indicated that the proposed executive

1

committee should contain varying perspectives regarding the litigation of this case to ensure appropriate representation of the interests of Class members.

As set forth in movant's Amended Motion for Appointment of Plaintiffs' Interim Liaison Counsel, Interim Co-Lead Counsel, and Interim Executive Committee (Doc. 66), movants have proposed that this Court appoint Douglas P. Dowd and Dowd & Dowd, P.C. as Plaintiffs' Interim Liaison Counsel and appoint John J. Driscoll and The Driscoll Firm, P.C. and W. Lewis Garrison, Jr. and Heninger Garrison Davis, LLC as Plaintiffs' Interim Co-Lead Counsel.  In addition, movants have requested that the Court appoint a Plaintiffs' Interim Executive Committee comprised of five attorneys and law firms: John Arthur Eaves, Jr. of the Eaves Law Firm; Christopher S. Hinton of The Rosen Law Firm, P.A; Gary F. Lynch of Carlson Lynch Sweet & Kilpela, LLP; J. Parker Yates of Baddley & Mauro, LLC, and William B. Federman of Federman & Sherwood.  These attorneys represent plaintiffs in 10 of the 20 actions that have been transferred to these proceedings, and already constitute a broad selection with varying strengths and differing perspectives.[1]

---

[1] The Siprut PC firm filed a Response to the initial Motion for Appointment contending that the proposed leadership structure has no "data breach experience at all." See Doc. 43.  Movants are at a loss to explain this representation, given the materials that were attached in support of counsel's Motion for Appointment.  In any event, as set forth in the Amended Motion for Appointment of Plaintiffs' Interim Liaison Counsel, Interim Co-Lead Counsel, and Interim Executive Committee, and the materials submitted therewith, proposed Interim Co-Lead Counsel and several members of the proposed Interim Executive Committee are experienced data breach litigators. See Doc. 66.

However, in order to further address any concern the Court may have that the Executive Committee be as representative as possible, movants have added two additional counsel to their proposed Interim Executive Committee:  (1) Thomas A. Zimmerman, Jr. and the Zimmerman Law Offices, P.C.; and (2) Julian Hammond and HammondLaw, P.C.  Following the status hearing, Mr. Zimmerman and Mr. Hammond contacted movants, indicating their willingness and ability to cooperate with the proposed Plaintiffs' leadership structure set forth in movants' Amended Motion for Appointment.

In addition to being experienced attorneys well-versed in prosecuting complex class actions, these additional lawyers can offer different perspectives on issues that have been raised in this litigation.  For example, and as set forth below, Mr. Zimmerman and his firm bring a unique perspective as they are the only counsel in this case who have decided to name as defendants and bring claims against Defendants' prior counsel, Barnes & Thornburg, LLP. Similarly, Mr. Hammond represents Plaintiffs in an action transferred from the Central District of California, *John Doe 1 et al. v. Avid Life Media, Inc. et al*, Case No. 2:15-cv-06405 (C.D. Cal.).  While Mr. Mason has alleged that he was the first attorney to bring "Fembot" fraud claims, see Doc. 59 at 7, Mr. Hammond filed an Amended Complaint the same day, September 11, 2015, raising fraud allegations based on these same facts. *See Id*., Doc. 17.[2]

---

[2] As the JPML pointed out, numerous cases among the consolidated actions have made these claims.  For example, the First Amended Class Action Complaint submitted in the original Ashley Madison case filed in this Court also seeks recovery for these "Fembot fraud" allegations, and is the only complaint to allege a nationwide RICO conspiracy based on these facts. See <u>Jane Doe et al. v. Avid Life Media Inc. et al</u>., No. 4:15-cv-01132 JAR (E.D.Mo.), Doc. 19-1.

As such, the Zimmerman and Hammond Firms bring additional perspectives and points of view to representing the interests of the consumer Class.  Furthermore, and unlike some other counsel who have submitted applications in this matter, these firms have demonstrated that they can work well and in a productive manner with the other members of Plaintiffs' working group in litigating these complex claims.  Finally, the combined Plaintiffs' Interim Liaison Counsel, Interim Co-Lead Counsel, and Interim Executive Committee proposed herein represent three of the plaintiffs with lawsuits that are currently proceeding under their own (non-fictitious) names,[3] and they also represent additional plaintiffs that are willing to proceed under non-fictitious names should this be required by the Court.

1.      **Thomas A. Zimmerman, Jr. and the Zimmerman Law Offices, P.C.**

Thomas A. Zimmerman, Jr. has significant experience leading the prosecution of complex class actions, including more than fifteen (15) privacy violation and consumer fraud class actions. His law firm consists of six attorneys located in Chicago, who practice extensively and have recovered over $200 million in class action, corporate, commercial, consumer fraud, general civil, product liability, toxic tort, and other complex litigation. *See* Zimmerman Law Offices, P.C. Firm Bio, attached as Exhibit 1.

With almost twenty (20) years of experience, numerous state and federal courts have recognized Mr. Zimmerman's leadership and knowledge, and appointed him as lead or co-lead counsel in complex class actions across the country, including: <u>Fraud</u>: $62 million recovery for a nationwide class of customers who purchased products that were advertised to reduce cellulite in

---

[3] *Alfaro v. Avid Life Media, Inc. and Avid Dating Life, Inc.*, No. 4:15-cv-01930 (E. D. Mo.); *Lisuzzo v. Avid Life Media, Inc. and Avid Life Dating, Inc.,* No. 4:15-cv-01945 (E.D. Mo.); and *DeLoach v. Avid Life Media, Inc. and Avid Life Dating, Inc.*, No. 4:15-cv-01925 (E.D. Mo.).

the human body, plus equitable relief to correct the misleading claims. *Joseph v. Beiersdorf North America, Inc.*, No. 11 CH 20147 (Cook Cnty, Ill.); <u>*Privacy Violation*</u>: $7.3 million recovery for a nationwide class of consumers whose personal information was improperly disclosed. *Aliano v. Airgas USA, LLC*, No. 14 CH 20024 (Cook Cnty, Ill.); <u>*Fraud*</u>: $3.5 million recovery for a nationwide class of Spanish speaking purchasers of baby formula, arising out of misleading product labeling. *Cardenas v. Mead Johnson & Company*, No. 01 CH 11151 (Cook Cnty, Ill.); <u>*Privacy Violation*</u>: $1 million recovery for a nationwide class of consumers whose personal information was improperly disclosed. *Radaviciute v. Christian Audigier, Inc.*, No. 10 cv 8090 (N.D. Ill.).

Thus far, in the early stages of this litigation, Mr. Zimmerman and his firm performed significant pre-suit investigation, and have already moved for injunctive relief to force Defendants to take steps to seal the data breach in their system. They also named Defendants' former attorneys as defendants complicit in misleading male members of the *Ashley Madison* website into believing that fake female profiles with which they are interacting are in fact actual females' profiles. And they have already drafted critical discovery in this litigation, including written discovery requests, notices of deposition, and FOIA requests, and three (3) proffered pre-trial orders relative to discovery and ESI issues. *See Motion for Appointment of Thomas A. Zimmerman, Jr., as Interim Co-Lead Counsel*, and exhibits thereto, Docket No. 62.

In addition to appointing Mr. Zimmerman to serve on the Executive Committee, the moving parties also request that Mr. Zimmerman be appointed as the "back-up" Interim Co-Lead Counsel to substitute in the event that one of the Interim Co-Lead Counsel cannot serve due to representing a "Doe" Plaintiff or otherwise.[4]

---

[4] A reference was made at the hearing on January 26, 2015 to the Driscoll Firm, P.C.

5

### 2.      Julian Hammond and HammondLaw, P.C.

Julian Hammond is an attorney admitted to the bar of the State of California and the State of New York, and is founding shareholder of HammondLaw, P.C. HammondLaw, P.C. is dedicated to complex class action litigation including actions arising from the violations of the California Labor Code, Fair Labor Standards Act, and consumer protection statutes. The Firm has served as counsel to plaintiffs in numerous actions arising from the consumer protection statutes, including *Siciliano et al. v. Apple, Inc*., Case No. 1-13-cv-257676 (Cal. Sup. Ct. Santa Clara Cty.) (lead counsel in Automatic Renewal Law (ARL) class action brought on behalf of subscribers to Apple's In App subscriptions); *Kruger v. Hulu*, *L.L.C*., Case No. BC540053 (Cal. Sup. Ct. L.A. Cty.)(lead counsel in ARL class action brought on behalf of subscribers to Apple's in-app subscriptions); *Savetsky v. Pre-Paid Legal Services, Inc. dba LegalShield*, Case No. 3:14-cv-03514 SC (N.D. Cal.); (lead counsel in ARL class action brought on behalf of subscribers to LegalShield's legal services and identity protection plans); *Mayron v. Google, Inc.*, Case No. 1-15-cv-275940 (Cal. Sup. Ct. Santa Clara Cty.) (co-lead counsel with Berman DeValerio in an ARL class action brought on behalf of subscribers to Google's Google Drive storage plan); and *Goldman v. LifeLock*, Inc. Case No. 1-15-cv-276235 (Cal. Sup. Ct. Santa Clara Cty.)(co-lead counsel with Berman DeValerio in an ARL class action  brought on behalf of subscribers to Lifelock's identity protection programs).

Mr. Hammond has focused on class action litigation, and more specifically, consumer class action and labor litigation since becoming a member of the plaintiffs' bar in 2008.  See

---

representing only "Doe" Plaintiffs.  As counsel has previously informed Mr. Mason, the Driscoll Firm, P.C. also represents clients who would be willing to serve in their own names, in the event that the Court ultimately denies Plaintiffs' Motion to Proceed Under Pseudonyms.

Exhibit 2, Resume of Julian A. Hammond, attached hereto.  During this time, he has served as counsel to plaintiffs in numerous actions arising from the breach of consumer databases and the violation of consumer protection statutes.  HammondLaw, P.C. has also served as lead and co-lead counsel to plaintiffs in numerous class actions arising from the violation of the California Labor Code and consumer protection statutes.

## II.     REQUEST TO ESTABLISH A COMMON BENEFIT FUND.

In order to provide for the fair and equitable sharing among plaintiffs and their counsel of the burden of services performed and expenses incurred for the common benefit of all plaintiffs in this complex litigation, movants request that he Court establish a Common Benefit Trust Fund at a national bank in the name of and to be maintained by Interim Co-Lead Counsel, as detailed in the Proposed Order submitted herewith.  The purpose of this Fund will be to hold funds to compensate attorneys for services rendered for the plaintiffs' common benefit and to reimburse them for expenses incurred in conjunction with those common benefit services.

This Court's authority to establish such a fund derives from the United States Supreme Court's common benefit doctrine, as established in *Trustees v. Greenough,* 105 U.S. 527 (1881); refined in*, inter alia, Central Railroad & Banking Co. v. Pettus,* 113 U.S. 116 (1885); *Sprague v. Ticonic National Bank,* 307 U.S. 161 (1939); *Mills v. Electric Auto-Lite Co.,* 396 U.S. 375 (1970); *Boeing Co. v. Van Gemert,* 444 U.S. 472 (1980); and approved and implemented in the MDL context, in *inter alia, In re Air Crash Disaster at Florida Everglades on December 29, 1972,* 549 F.2d 1006, 1019-21 (5th Cir. 1977); and *In re MGM Grand Hotel Fire Litigation,* 660 F.Supp. 522, 525-29 (D. Nev. 1987).  See also *Manual for Complex Litigation (Fourth)* § 20.312 ("MDL judges generally issue orders directing that defendants who settle MDL-related cases contribute a fixed percentage of the settlement to a general fund to pay national counsel.").

The doctrine has been adopted by the Eighth Circuit and is the standard procedure by

which this Court compensates leadership attorneys for their work in providing a common benefit. *In re Genetically Modified Rice Litig.,* No. 4:06-MD-1811-CDP, 2010 WL 716190, at *4 (E.D. Mo. Feb. 24, 2010), *aff'd* 764 F.3d 864 (8th Cir. 2014). See also *Walitalo v. Iacocca,* 968 F.2d 741, 747 (8th Cir. 1992); *In re NuvaRing Products Liab. Litig.,* No. 4:08-MDL-1964 RWS, 2014 WL 7271959, at *2 (E.D. Mo. Dec. 18, 2014) (applying the doctrine). Common benefit work product includes all work performed for the benefit of all plaintiffs, including pre-trial matters, discovery, trial preparation, any potential settlement process, and all other work that advances this litigation to conclusion.

Under this proposal, Defendants shall hold back and set aside for placement into Interim Co-Lead Counsel's Common Benefit Trust Fund the following amounts related to each Action: (i) eight percent (8%) of any gross recovery obtained by any plaintiff, by way of judgment, settlement, or otherwise, for attorneys' fees; and (ii) an additional three percent (3%) of any gross recovery obtained by any plaintiff by way of judgment, settlement, or otherwise, for common benefit costs and expenses incurred by attorneys providing a common benefit.

Additionally, movants propose that Plaintiffs' Interim Co-Lead Counsel, after appropriate consultation and with the advice and consent of Plaintiffs' Interim Executive Committee and Interim Liaison Counsel, shall assess the amounts necessary for common litigation costs required for the efficient and effective prosecution of the litigation and shall collect and maintain assessments from themselves, Plaintiffs Interim Liaison Counsel, and the Interim Executive Committee. Each firm that is a member of the Plaintiffs' Interim Co-Lead Counsel, Interim Liaison Counsel, and Interim Executive Committee shall contribute amounts sufficient to cover Plaintiffs' expenses for the administration of the MDL. Said assessments shall be held in an

8

Ashley Madison MDL Operating Expense Fund ("MDL Fund") established and administered by Plaintiffs' Interim Co-Lead Counsel.

Additional provisions of the proposed Common Benefit Fund and proposed Ashley Madison MDL Operating Expense Fund are detailed in the attached Proposed Order.

WHEREFORE, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, movants respectfully request that the Court (1) appoint Douglas P. Dowd and Dowd & Dowd, P.C. as Plaintiffs' Interim Liaison Counsel; John J. Driscoll and The Driscoll Firm, P.C., and W. Lewis Garrison, Jr., and Heninger Garrison Davis, LLC, as Plaintiffs' Interim Co-Lead Counsel; and John Arthur Eaves, Jr., and the Eaves Law Firm; Christopher S. Hinton and The Rosen Law Firm, P.A; Gary F. Lynch and Carlson Lynch Sweet & Kilpela, LLP; J. Parker Yates and Baddley & Mauro, LLC; William B. Federman and Federman & Sherwood; Julian Hammond and HammondLaw, P.C.; and Thomas A. Zimmerman, Jr., and Zimmerman Law Offices, P.C., as the members of Plaintiffs' Interim Executive Committee; and (2) order the establishment of a Common Benefit Fund and an MDL Operating Expense Fund, as set forth in the Proposed Order filed herewith; and (3) for any other relief the Court deems just and proper, the premises considered.

Date: January 25, 2016                                       Respectfully Submitted,

                                                            DOWD & DOWD, P.C.

By:    */s/ Douglas P. Dowd*
      Douglas P. Dowd (29240MO)
      William T. Dowd (39648MO)
      Alex R. Lumaghi (56569MO)
      211 North Broadway, Suite 4050
      St. Louis, Missouri 63102
      Tel.: (314) 621-2500  Fax: (314) 621-2503
      doug@dowdlaw.net
      bill@dowdlaw.net
      alex@dowdlaw.net

John J. Driscoll (54729MO)
Christopher J. Quinn (41883MO)
Gregory G. Pals (48820MO)
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
Tel.: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com
greg@thedriscollfirm.com

W. Lewis Garrison, Jr.
Christopher B. Hood
Taylor C. Bartlett
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Tel.: (205) 326-3336
Fax: (205) 326-3332
wlgarrison@hgdlawfirm.com
chood@hgdlawfirm.com
taylor@hgdlawfirm.com

James F. McDonough, III
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hgdlawfirm.com

John Arthur Eaves, Jr.
JOHN ARTHUR EAVES
ATTORNEYS AT LAW
101 North State Street
Jackson, Mississippi 39201
Tel.: (601) 355-7961
Fax: (601) 355-0530
johnjr@eaveslaw.com

Christopher S. Hinton
THE ROSEN LAW FIRM P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016

10

Tel.: (212) 686-1060
Fax: (212) 202-3827
chinton@rosenlegal.com

Gary F. Lynch
CARLSON LYNCH SWEET &
KILPELA, LLP
1133 Penn Ave., 5th floor
Pittsburgh, Pennsylvania 15222
Tel.: (412) 322-9243
Fax: (724) 656-1556
glynch@carlsonlynch.com

J. Parker Yates
BADDLEY & MAURO LLC
850 Shades Creek Parkway
Suite 310
Birmingham, AL 35209
Tel.: (205) 939-0090
Fax: (205) 939-0064
jpy@baddleymauro.com

William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel.: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020
tom@attorneyzim.com

Julian Hammond
HAMMONDLAW, P.C.
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)
hammond.julian@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.  In addition, copies were served via email upon the following attorneys of record:

Ari Cherniak
HammondLaw PC
1829 Reisterstown Road
Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: acherniak@hammondlawpc.com

Julian Ari Hammond
HammondLaw PC
1829 Reisterstown Road
Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: hammond.julian@gmail.com

Polina Pecherskaya
HammondLawPC
1829 Reisterstown Road Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: ppecherskaya@hammondlawpc.com

John T. Kirtley, III
FERRER AND POIROT
2603 Oak Lawn
Suite 300
Dallas, TX 75219-9109
214-521-4412
Fax: 866-513-0115
Email: jkirtley@lawyerworks.com

Byron T. Ball
The Ball Law Firm LLP
644 S Figueroa Street
Los Angeles, CA 90017
310-446-6148

Fax: 310-441-5386
Email:  btb@balllawllp.com

David William Nelson
Barnes and Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067-2904
310-284-3880
Fax: 310-284-3894
Email:  dnelson@btlaw.com

Kevin D. Rising
Barnes and Thornburg LLP
2029 Century Park East
 Suite 300
Los Angeles, CA 90067-3010
310-284-3880
Fax: 310-284-3894
Email:  kevin.rising@btlaw.com

Christine Elizabeth Skoczylas
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
312-214-5613
Email: christine.skoczylas@btlaw.com

Thomas Gerald Haskins , Jr.
BARNES AND THORNBURG, LLP
2100 McKinney Ave.
Suite 1250
Dallas, TX 75201
214-258-4111
Fax: 214-258-4199
Email: thaskins@btlaw.com

E. B. Chiles, IV
Quattlebaum, Grooms & Tull PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201-3325
501-379-1700
Email: cchiles@qgtb.com

Helen Claire Looney
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102
314-259-2906
Fax: 314-552-8906
Email:  helen.looney@bryancave.com

Richard P. Cassetta
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102
314-259-2823
Fax: 314-552-8823
Email: richard.cassetta@bryancave.com

James C. Barton, Jr.
BUTLER SNOW LLP
ONE FEDERAL PLACE
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
205-297-2200
Fax: 205-297-2201
Email:  jim.barton@butlersnow.com

Katrina Carroll
Lite DePalma Greenberg
211 W. Wacker Drive, Ste. 500
Chicago, IL 60606
312-750-1591
Fax: 312-212-5919
Email:  kcarroll@litedepalma.com

Joseph J. Siprut
Siprut, P.C.
17 North State Street, Ste. 1600
Chicago, IL 60602
312-236-0000
Fax: 312-878-1342
Email:  jsiprut@siprut.com

14

John S. Marrese
Siprut, P.C.
17 North State Street, Ste. 1600
Chicago, IL 60602
312-236-0000
Fax: 312-878-1342
Email:  jmarrese@siprut.com

Kyle Alan Shamberg
Lite DePalma Greenberg, LLC
211 W. Wacker Drive
Suite 500
Chicago, IL 60606
312-750-1265
Email: kshamberg@litedepalma.com

Michael Loren Silverman
Siprut PC
17 North State Street
Suite 1600
Chicago, IL 60602
312-236-0000
Email: msilverman@siprut.com

Richard R. Gordon
Gordon Law Offices, Ltd.
211 W. Wacker Drive, Ste. 500
Chicago, IL 60606
312-332-5200
Fax: 312-236-7727
Email:  rrg@gordonlawchicago.com

Gary E. Mason
Whitfield Bryson & Mason, LLP
1625 Massachusetts Ave. NW
Ste. 605
Washington, DC 20036
202-429-2290
Fax:  202-429-2294
Email: gmason@wbmllp.com

Charles D. Davidson
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977

Fax: 501-374-5917
Email: skipd@dlf-ar.com

Christopher D. Jennings
Johnson & Vines, PLLC
2226 Cottondale
Suite 210
Little Rock, AR 72202
501-372-13000
Fax: 888-505-0909
Email: cjennings@johnsonvines.com

David Louis Gershner
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977
Email: davidg@dlf-ar.com

Stephanie A. Linam
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977
Fax: 501-374-5912
Email: stephaniealinam@gmail.com

Jennifer L. Duffy
Law Offices of Jennifer Duffy, APC
28649 S. Western Ave. #6571
San Pedro, CA 90734
310-714-9779
Fax: 213-217-5010
Email: jld@kbklawyers.com

Jonathan Shub
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
Fax: 215-238-1968
Email: jshub@kohnswift.com

Ashley R. Rifkin
ROBBINS ARROYO LLP

600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: arifkin@robbinsarroyo.com

Brian J. Robbins
Robbins Arroyo LLP
600 B Street Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: brobbins@robbinsarroyo.com

Conrad B. Stephens
Stephens and Stephens LLP
505 South McClelland Street
Santa Maria, CA 93454
805-922-1951
Fax: 805-922-8013
Email: conrad@stephensfirm.com

Kevin A. Seely
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: kseely@robbinsarroyo.com

Leonid Kandinov
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: lkandinov@robbinsarroyo.com

Rebecca Anne Peterson
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South Suite 2200
Minneapolis, MN 55401
612-339-6900

Fax: 612-339-0981
Email: rapeterson@locklaw.com

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981
Email: rkshelquist@locklaw.com

Carlton F. Bennett
Bennett & Zydron PC
120 S Lynnhaven Rd
Suite 100
Virginia Beach, VA 23452
757-486-5454
Fax: 757-486-8910
Email: cbennett@bandzlaw.com

Joseph Henry Bates, III
Carney Bates and Pulliam PLLC
2800 Cantrell Road Suite 510
Little Rock, AR 72202
501-312-8500
Fax: 501-312-8505
Email: hbates@cbplaw.com

Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C.
77 West Washington Street
Suite 1220
Chicago, IL 60602
312-440-0020
Fax: 312-440-4180
Email: tom@attorneyzim.com

Scott Theodore Ferrill
Attorney at Law
115 55th Street
Suite 400
Clarendon Hills, IL 60514
630-908-7680
Fax: 630-908-7165
Email: chicagolaw@gmail.com

Jordan Mitchell Rudnick
Zimmerman Law Offices
77 W. Washington St.
Suite 1220
Chicago, IL 60602
312-440-0020
Fax: 312-440-4180
Email: jordan@attorneyzim.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard
Suite 1675
St. Louis, MO 63105
Phone: 314-226-1015
Fax: 202-789-1813
Email: mflannery@cuneolaw.com

Anthony C. Lake
Gillen Withers & Lake, LLC
3490 Piedmont Rd.
Suite 1050
Atlanta, GA 30305
404-842-9700
Fax: 404-842-9750
Email: aclake@gwllawfirm.com

Thomas A. Withers
Gillen Withers & Lake, LLC
P.O. Box 10164
Savannah, GA 31412
912-447-8400
Fax: 912-629-6347
Email: twithers@gwllawfirm.com

William G. Bell, III
William G. Bell, III, PC
420 W. Broughton St.
Savannah, GA 31401
912-233-8000
Fax: 912-234-0103
Email: wgbatty@hotmail.com

Dale C. Doerhoff
COOK AND VETTER, P.C.
231 Madison Street

Jefferson City, MO 65101
573-635-7977
Fax: 573-635-7414
Email: ddoerhoff@cvdl.net

Heidi D. Vollet
COOK AND VETTER, P.C.
231 Madison Street
Jefferson City, MO 65101
573-635-7977
Fax: 573-635-7414
Email: hvollet@cvdl.net

Timothy W. Van Ronzelen
Cook Vetter Doerhoff & Landwehr PC
231 Madison Street
Jefferson City, MO 65101
573-635-7977
Fax: 573-635-7414
Email: tvanronzelen@cvdl.net

Robert A. Atkins
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3183
Fax: 212-492-0183
Email: ratkins@paulweiss.com

Daniel J. Kramer
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Fax: 212-757-3990
Email: DKramer@paulweiss.com

Lorin L. Reisner
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Fax: 212-757-3990
Email: LReisner@paulweiss.com

/s/  Douglas P. Dowd