**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | |
| | ) | MDL No. 2669 |
| This Document Relates to: | ) | |
| | ) | Case No. 4:15MD2669 JAR |
| ALL CASES | ) ) | |

**PLAINTIFFS' WORKING GROUP'S RESPONSE IN OPPOSITION TO SIPRUT'S RENEWED MOTION FOR APPOINTMENT OF CO-LEAD INTERIM CLASS COUNSEL [DOC. 84] AND MOTION FOR APPOINTMENT OF GARY E. MASON AS INTERIM CO-LEAD COUNSEL [DOC. 81]**

Plaintiffs' Working Group has proposed a leadership structure of liaison counsel, interim co-lead counsel, and an interim executive committee containing seven firms.  Specifically, the Group has moved the Court to (1) appoint Douglas P. Dowd and Dowd & Dowd, P.C. as Plaintiffs' Interim Liaison Counsel; (2) appoint John J. Driscoll and The Driscoll Firm, P.C., and W. Lewis Garrison, Jr., and Heninger Garrison Davis, LLC, as Plaintiffs' Interim Co-Lead Counsel; and (3) appoint John Arthur Eaves, Jr., and the Eaves Law Firm; Christopher S. Hinton and The Rosen Law Firm, P.A; Gary F. Lynch and Carlson Lynch Sweet & Kilpela, LLP; J. Parker Yates and Baddley & Mauro, LLC; William B. Federman and Federman & Sherwood; Julian Hammond and HammondLaw, P.C.; and Thomas A. Zimmerman, Jr., and Zimmerman Law Offices, P.C., as the members of Plaintiffs' Interim Executive Committee. *See* Doc. 83. These attorneys represent a majority (12 of 20) of the actions transferred to this MDL.

A group led by Gary E. Mason and Michael J. Flannery, representing a total of two transferred actions with two total plaintiffs in this MDL, have proposed alternative liaison counsel, lead counsel and members of Plaintiffs' executive committee. See Docs. 80, 81.  Joseph

1

J. Siprut has also renewed his motion to be appointed as "third" co-lead counsel. Doc. 84.

Regarding these motions, and without belaboring the issue, Plaintiffs' Working Group respectfully point out that nearly all of the Siprut and Mason groups' filings to date in this MDL have related to the appointment of Plaintiffs' counsel.  Meanwhile, proposed co-lead counsel the Driscoll Firm, P.C. and Heninger Garrison Davis, LLC, along with proposed liaison counsel Dowd & Dowd, P.C. and the other members of the leadership structure proposed by the Plaintiffs' Working Group, have been dealing directly with counsel for Defendants to move this litigation forward.

For example, at the hearing on January 26, 2016, the Court requested that Plaintiffs' counsel submit proposals for a common benefit fund for the Court's consideration.  Plaintiffs' Working Group alone prepared and submitted a detailed proposal for a Common Benefit Trust Fund and an MDL Operating Expense Fund. *See* Proposed Order, Doc. 83-3.  Mr. Mason's 26-page Motion for Appointment contains one brief reference to a common benefit fund, as does Mr. Siprut's Renewed Motion for Appointment - yet both counsel failed to prepare and submit an actual, detailed proposal for the creation of such a fund. *See* Doc. 81 at 12; Doc. 84 at 2.

The Court ordered the parties to confer regarding a limited protective order to allow the names of "Doe" plaintiffs to be disclosed to Defendants in a timely manner.  Again, it is Plaintiffs' Working Group who have drafted a proposed limited protective order, and who are currently meeting and conferring with counsel for Defendants to agree on a final version of the document.

Similarly, the Court in its Order of December 23, 2015 (Doc. 6) requested that the parties file written suggestions for items to be included on the agenda for the initial status conference. Plaintiffs' Working Group engaged with counsel for Defendants to draft a Joint Proposed

Agenda for the status conference setting forth the Plaintiffs' and Defendants' respective positions. *See* Doc. 61.

Rather than simply petitioning the Court for appointment, the members of Plaintiffs' Working Group have organized a diverse, yet cooperative, group of Plaintiffs' counsel who represent a majority of the actions transferred to this MDL.  The Plaintiffs' Working Group emerged from a meeting of plaintiffs' attorneys in St. Louis, organized and hosted by the Driscoll Firm, P.C., to discuss Plaintiffs' strategy in this case, as well as an organizational structure for Plaintiffs' counsel within the MDL. All plaintiffs' counsel in pending actions known to be related to the AshleyMadison.com breach were invited to attend. *See* Doc. 66 at 3. Mr. Siprut chose not to attend.  Mr. Mason attended, and briefly accepted a leadership position, but has since chosen not to work with Plaintiffs' Working Group.

Rather than focusing on petitioning the Court for a leadership position, the Plaintiffs' Working Group have demonstrated actual leadership in this litigation. Their proposed leadership structure contains firms who are skilled in, and who have focused on, both the consumer fraud and data breach aspects of this litigation, and who bring varying perspectives and strengths to this litigation. *See* Doc. 66; 83.  Plaintiffs' counsel have agreed cooperatively to a broad leadership structure that will more than adequately represent the interests of all plaintiffs and the members of each putative class.

WHEREFORE, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, movants respectfully request that the Court (1) appoint Douglas P. Dowd and Dowd & Dowd, P.C. as Plaintiffs' Interim Liaison Counsel; John J. Driscoll and The Driscoll Firm, P.C., and W. Lewis Garrison, Jr., and Heninger Garrison Davis, LLC, as Plaintiffs' Interim Co-Lead Counsel; and John Arthur Eaves, Jr., and the Eaves Law Firm; Christopher S. Hinton and The Rosen Law

Firm, P.A; Gary F. Lynch and Carlson Lynch Sweet & Kilpela, LLP; J. Parker Yates and Baddley & Mauro, LLC; William B. Federman and Federman & Sherwood; Julian Hammond and HammondLaw, P.C.; and Thomas A. Zimmerman, Jr., and Zimmerman Law Offices, P.C., as the members of Plaintiffs' Interim Executive Committee; and for any other relief the Court deems just and proper, the premises considered.

Date: February 4, 2016

Respectfully Submitted,

DOWD & DOWD, P.C.

By:     /s/  Douglas P. Dowd
      Douglas P. Dowd (29240MO)
      William T. Dowd (39648MO)
      Alex R. Lumaghi (56569MO)
      211 North Broadway, Suite 4050
      St. Louis, Missouri 63102
      Tel.: (314) 621-2500  Fax: (314) 621-2503
      doug@dowdlaw.net
      bill@dowdlaw.net
      alex@dowdlaw.net

John J. Driscoll (54729MO)
Christopher J. Quinn (41883MO)
Gregory G. Pals (48820MO)
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
Tel.: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com
greg@thedriscollfirm.com

W. Lewis Garrison, Jr.
Christopher B. Hood
Taylor C. Bartlett
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Tel.: (205) 326-3336
Fax: (205) 326-3332
wlgarrison@hgdlawfirm.com

4

chood@hgdlawfirm.com
taylor@hgdlawfirm.com

James F. McDonough, III
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hgdlawfirm.com

John Arthur Eaves, Jr.
JOHN ARTHUR EAVES
ATTORNEYS AT LAW
101 North State Street
Jackson, Mississippi 39201
Tel.: (601) 355-7961
Fax: (601) 355-0530
johnjr@eaveslaw.com

Christopher S. Hinton
THE ROSEN LAW FIRM P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel.: (212) 686-1060
Fax: (212) 202-3827
chinton@rosenlegal.com

Gary F. Lynch
CARLSON LYNCH SWEET &
KILPELA, LLP
1133 Penn Ave., 5th floor
Pittsburgh, Pennsylvania 15222
Tel.: (412) 322-9243
Fax: (724) 656-1556
glynch@carlsonlynch.com

J. Parker Yates
BADDLEY & MAURO LLC
850 Shades Creek Parkway
Suite 310
Birmingham, AL 35209
Tel.: (205) 939-0090
Fax: (205) 939-0064
jpy@baddleymauro.com

5

William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel.: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020
tom@attorneyzim.com

HAMMONDLAW, P.C.
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)
hammond.julian@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties. In addition, copies were served via email upon the following attorneys of record:

Ari Cherniak
HammondLaw PC
1829 Reisterstown Road
Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: acherniak@hammondlawpc.com

Julian Ari Hammond
HammondLaw PC
1829 Reisterstown Road
Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: hammond.julian@gmail.com

6

Polina Pecherskaya
HammondLawPC
1829 Reisterstown Road Suite 410
Baltimore, MD 21208
310-601-6766
Fax: 310-295-2385
Email: ppecherskaya@hammondlawpc.com

John T. Kirtley, III
FERRER AND POIROT
2603 Oak Lawn
Suite 300
Dallas, TX 75219-9109
214-521-4412
Fax: 866-513-0115
Email: jkirtley@lawyerworks.com

Byron T. Ball
The Ball Law Firm LLP
644 S Figueroa Street
Los Angeles, CA 90017
310-446-6148
Fax: 310-441-5386
Email:  btb@balllawllp.com

E. B. Chiles, IV
Quattlebaum, Grooms & Tull PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201-3325
501-379-1700
Email: cchiles@qgtb.com

Helen Claire Looney
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102
314-259-2906
Fax: 314-552-8906
Email:  helen.looney@bryancave.com

Richard P. Cassetta
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102
314-259-2823
Fax: 314-552-8823
Email: richard.cassetta@bryancave.com

James C. Barton, Jr.
BUTLER SNOW LLP
ONE FEDERAL PLACE
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
205-297-2200
Fax: 205-297-2201
Email:  jim.barton@butlersnow.com

Katrina Carroll
Lite DePalma Greenberg
211 W. Wacker Drive, Ste. 500
Chicago, IL 60606
312-750-1591
Fax: 312-212-5919
Email:  kcarroll@litedepalma.com

Joseph J. Siprut
Siprut, P.C.
17 North State Street, Ste. 1600
Chicago, IL 60602
312-236-0000
Fax: 312-878-1342
Email:  jsiprut@siprut.com

John S. Marrese
Siprut, P.C.
17 North State Street, Ste. 1600
Chicago, IL 60602
312-236-0000
Fax: 312-878-1342
Email:  jmarrese@siprut.com

Kyle Alan Shamberg
Lite DePalma Greenberg, LLC

8

211 W. Wacker Drive
Suite 500
Chicago, IL 60606
312-750-1265
Email: kshamberg@litedepalma.com

Michael Loren Silverman
Siprut PC
17 North State Street
Suite 1600
Chicago, IL 60602
312-236-0000
Email: msilverman@siprut.com

Richard R. Gordon
Gordon Law Offices, Ltd.
211 W. Wacker Drive, Ste. 500
Chicago, IL 60606
312-332-5200
Fax: 312-236-7727
Email:  rrg@gordonlawchicago.com

Gary E. Mason
Whitfield Bryson & Mason, LLP
1625 Massachusetts Ave. NW, Ste. 605
Washington, DC 20036
202-429-2290
Fax:  202-429-2294
Email: gmason@wbmllp.com

Charles D. Davidson
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977
Fax: 501-374-5917
Email: skipd@dlf-ar.com

Christopher D. Jennings
Johnson & Vines, PLLC
2226 Cottondale
Suite 210
Little Rock, AR 72202
501-372-13000
Fax: 888-505-0909
Email: cjennings@johnsonvines.com

9

David Louis Gershner
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977
Email: davidg@dlf-ar.com

Stephanie A. Linam
Davidson Law Firm, Ltd.
Post Office Box 1300
Little Rock, AR 72203-1300
501-374-9977
Fax: 501-374-5912
Email: stephaniealinam@gmail.com

Jennifer L. Duffy
Law Offices of Jennifer Duffy, APC
28649 S. Western Ave. #6571
San Pedro, CA 90734
310-714-9779
Fax: 213-217-5010
Email: jld@kbklawyers.com

Jonathan Shub
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
Fax: 215-238-1968
Email: jshub@kohnswift.com

Ashley R. Rifkin
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: arifkin@robbinsarroyo.com

Brian J. Robbins
Robbins Arroyo LLP
600 B Street Suite 1900
San Diego, CA 92101

619-525-3990
Fax: 619-525-3991
Email: brobbins@robbinsarroyo.com

Conrad B. Stephens
Stephens and Stephens LLP
505 South McClelland Street
Santa Maria, CA 93454
805-922-1951
Fax: 805-922-8013
Email: conrad@stephensfirm.com

Kevin A. Seely
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: kseely@robbinsarroyo.com

Leonid Kandinov
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: lkandinov@robbinsarroyo.com

Rebecca Anne Peterson
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: rapeterson@locklaw.com

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981
Email: rkshelquist@locklaw.com

11

Carlton F. Bennett
Bennett & Zydron PC
120 S Lynnhaven Rd
Suite 100
Virginia Beach, VA 23452
757-486-5454
Fax: 757-486-8910
Email: cbennett@bandzlaw.com

Joseph Henry Bates, III
Carney Bates and Pulliam PLLC
2800 Cantrell Road Suite 510
Little Rock, AR 72202
501-312-8500
Fax: 501-312-8505
Email: hbates@cbplaw.com

Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C.
77 West Washington Street
Suite 1220
Chicago, IL 60602
312-440-0020
Fax: 312-440-4180
Email: tom@attorneyzim.com

Scott Theodore Ferrill
Attorney at Law
115 55th Street
Suite 400
Clarendon Hills, IL 60514
630-908-7680
Fax: 630-908-7165
Email: chicagolaw@gmail.com

Jordan Mitchell Rudnick
Zimmerman Law Offices
77 W. Washington St.
Suite 1220
Chicago, IL 60602
312-440-0020
Fax: 312-440-4180
Email: jordan@attorneyzim.com

Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard
Suite 1675
St. Louis, MO 63105
Phone: 314-226-1015
Fax: 202-789-1813
Email: mflannery@cuneolaw.com

Anthony C. Lake
Gillen Withers & Lake, LLC
3490 Piedmont Rd.
Suite 1050
Atlanta, GA 30305
404-842-9700
Fax: 404-842-9750
Email: aclake@gwllawfirm.com

Thomas A. Withers
Gillen Withers & Lake, LLC
P.O. Box 10164
Savannah, GA 31412
912-447-8400
Fax: 912-629-6347
Email: twithers@gwllawfirm.com

William G. Bell, III
William G. Bell, III, PC
420 W. Broughton St.
Savannah, GA 31401
912-233-8000
Fax: 912-234-0103
Email: wgbatty@hotmail.com

Dale C. Doerhoff
COOK AND VETTER, P.C.
231 Madison Street
Jefferson City, MO 65101
573-635-7977
Fax: 573-635-7414
Email: ddoerhoff@cvdl.net

Heidi D. Vollet
COOK AND VETTER, P.C.
231 Madison Street
Jefferson City, MO 65101

13

573-635-7977
Fax: 573-635-7414
Email: hvollet@cvdl.net

Timothy W. Van Ronzelen
Cook Vetter Doerhoff & Landwehr PC
231 Madison Street
Jefferson City, MO 65101
573-635-7977
Fax: 573-635-7414
Email: tvanronzelen@cvdl.net

Robert A. Atkins
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3183
Fax: 212-492-0183
Email: ratkins@paulweiss.com

Daniel J. Kramer
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Fax: 212-757-3990
Email: DKramer@paulweiss.com

Lorin L. Reisner
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Fax: 212-757-3990
Email: LReisner@paulweiss.com

Yahonnes Cleary
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Fax: 212-757-3990
Email: ycleary@paulweiss.com

*/s/  Douglas P. Dowd*