UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION ) ) ) | |
| ) | MDL No. 2669 |
| This Document Relates to: ) ) | Case No. 4:15MD2669 JAR |
| ALL CASES ) ) | |

**DEFENDANT AVID DATING LIFE INC.'S MOTION FOR PROTECTIVE ORDER PRECLUDING USE OF  STOLEN DOCUMENTS BY PLAINTIFFS OR THEIR COUNSEL**

Defendant Avid Dating Life Inc. hereby moves this Court to use its inherent equitable powers to issue a protective order prohibiting Plaintiffs and their counsel from using documents and information that were stolen from Avid Dating Life when its computer systems were hacked in July 2015.  As set forth in the memorandum in support of this motion, the stolen documents and information include information related to users of the Ashley Madison website and internal company documents, including privileged documents.  At least one Plaintiff in this litigation has admitted that his counsel has downloaded and reviewed hundreds of thousands of pages of these stolen documents.[1]  Federal and state caselaw, federal and state rules of professional conduct, and ethics opinions interpreting those rules make clear that attorneys are prohibited from using stolen documents.

---

[1] Plaintiff Christopher Russell's Memorandum in Support of Motion to Appointment of Michael J. Flannery As Liaison Counsel for the Fraud Group [Document 59] at 2, 6-7.

Defendant Avid Dating Life requested that Plaintiffs agree to a stipulation under which they would refrain from using the stolen documents and destroy any in their possession, but Plaintiffs have refused to agree to refrain from using the stolen documents.[2]

Accordingly, and for the reasons set forth more fully in the accompanying memorandum in support, Defendant Avid Dating Life Inc. requests that the Court enter a protective order:  1) prohibiting Plaintiffs and their counsel from making any use of the stolen documents, either directly or indirectly, for any purpose, including, but not limited to, in the drafting of the consolidated class action complaint or any other future pleading; 2) compelling Plaintiffs and their counsel to destroy all copies of the stolen documents they may have in their possession, as well as any attorney work product that quotes or describes the contents of the stolen documents, within 5 days of the entry of the Court's order; and 3) awarding such other and further relief as this Court deems just and proper.

---

[2] *See* Exhibits 1-3 to Defendant Avid Dating Life's Memorandum in Support of Motion for Protective Order Precluding Use of Stolen Documents By Plaintiffs or Their Counsel.

Dated: February 29, 2016					Respectfully submitted,


							BRYAN CAVE LLP

							By:

							/s/ Richard P. Cassetta
							Richard P. Cassetta  MO #43821
							Helen C. Looney MO #67029
							Bryan Cave LLP
							One Metropolitan Square
							211 North Broadway, Suite 3600
							St. Louis, MO  63102-2750
							Telephone:  (314) 259-2000
							Facsimile:  (314) 259-2020
							richard.cassetta@bryancave.com
							helen.looney@bryancave.com

							and

							PAUL, WEISS, RIFKIND, WHARTON &
							GARRISON LLP
							Robert A. Atkins (NY #2210771)
							Daniel J. Kramer (NY #1979392)
							Lorin L. Reisner (NY #2094217)
							Yahonnes S. Cleary (NY 4802492)
							1285 Avenue of the Americas
							New York, NY 10019
							Telephone: (212)373-3183
							Facsimile:  (212) 492-0183
							ratkins@paulweiss.com
							dkramer@paulweiss.com
							lreisner@paulweiss.com
							ycleary@paulweiss.com

							*Attorneys for Defendant*
							*Avid Dating Life Inc.*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing were served upon the attorneys of record via operation of the Court's electronic filing system on the 29th day of February, 2016, and courtesy copies will be served via electronic mail to the following:

DOWD & DOWD, P.C.
Douglas P. Dowd (29240MO)
William T. Dowd (39648MO)
Alex R. Lumaghi (56569MO)
211 North Broadway, Suite 4050
St. Louis, Missouri   63102
Tel.: (314) 621-2500
Fax: (314) 621-2503
doug@dowdlaw.net
bill@dowdlaw.net
alex@dowdlaw.net

*Plaintiffs' Interim Liaison Counsel*


THE DRISCOLL FIRM, P.C.
John J. Driscoll (54729MO)
Christopher J. Quinn (41883MO)
Gregory G. Pals (48820MO)
211 N. Broadway, 40th Floor
St. Louis, Missouri   63102
Tel.: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com
greg@thedriscolllfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

HENINGER GARRISON DAVIS, LLC
W. Lewis Garrison, Jr.
Christopher B. Hood
Taylor C. Bartlett
2224 1st Avenue North
Birmingham, Alabama 35203
Tel.: (205) 326-3336
Fax: (205) 326-3332
wlgarrison@hgdlawfirm.com
chood@hgdlawfirm.com
taylor@hgdlawfirm.com

James F. McDonough, III
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hglawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

        /s/ Richard P. Cassetta