# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER : | Case No. 4:15-md-02669-JAR |
| : | |
| DATA BREACH SECURITY LITIGATION : | |

This document relates Case No. ARE/4:15-CV-640-JM

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff John Doe (Case No. ARE/4:15-CV-640-JM), by and through his attorneys, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: April 12, 2016

Respectfully Submitted,

Stephanie Ann Linam
***DAVIDSON LAW FIRM***
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, AR 72201
(501) 374-9977
Fax: (501) 374-5917
stephaniel@dlf-ar.com

/s/ Stephanie Ann Linam
Stephanie Ann Linam, ABN 2007132

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2016, I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which sends an electronic copy and notification to the parties and registered attorneys of record.

                                          /s/ Stephanie Ann Linam
                                          Stephanie Ann Linam