IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>4:15-cv-1944-JAR ) | MDL No. 2669<br><br>Case No. 4:15-md-2669-JAR |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Lee Campbell, by and through her counsel, hereby dismisses this action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: March 4, 2016

Respectfully submitted,

Hank Bates (ABN 98063)
**CARNEY BATES & PULLIAM, PLLC**
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Tel: (501) 312-8500
Fax: (501) 312-8505
hbates@cbplaw.com

BY: /s/ Hank Bates
HANK BATES, ABN 98063

### CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ Hank Bates

*So Ordered*
/s/ John A. Ross
4/18/2016