UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:  ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION  )<br>)<br>)<br>This Document Relates to:                                )<br>)<br>ALL CASES                                                             )<br>) | MDL No. 2669<br><br>Case No. 4:15-MD-2669-JAR |

**JOINT STATEMENT REGARDING AGENDA
FOR MAY 6, 2016 STATUS CONFERENCE**

The parties have conferred through their respective Liaison and Lead Counsel and determined they have no agenda items requiring discussion at the May 6, 2016 status conference. Counsel will, of course, be present at the conference to address any matters the Court deems appropriate.

Date:  May 2, 2016

Respectfully Submitted,

THE DRISCOLL FIRM, P.C.

By: */s/  John J. Driscoll*
John J. Driscoll (54729MO)
Christopher J. Quinn (41883MO)
Gregory G. Pals (48820MO)
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
Tel.: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com
greg@thedriscollfirm.com

W. Lewis Garrison, Jr.
Christopher B. Hood
Taylor C. Bartlett
HENINGER GARRISON DAVIS, LLC

        2224 1st Avenue North
        Birmingham, Alabama 35203
        Tel.: (205) 326-3336
        Fax: (205) 326-3332
        wlgarrison@hgdlawfirm.com
        chood@hgdlawfirm.com
        taylor@hgdlawfirm.com

        James F. McDonough, III
        HENINGER GARRISON DAVIS, LLC
        3621 Vinings Slope, Suite 4320
        Atlanta, Georgia 30339
        Tel.: (404) 996-0869
        Fax: (205) 326-3332
        jmcdonough@hgdlawfirm.com

        *Plaintiffs' Interim Co-Lead Counsel*

        Douglas P. Dowd (29240MO)
        William T. Dowd (39648MO)
        Alex R. Lumaghi (56569MO)
        DOWD & DOWD, P.C.
        211 North Broadway, Suite 4050
        St. Louis, Missouri 63102
        Tel.: (314) 621-2500  Fax: (314) 621-2503
        doug@dowdlaw.net
        bill@dowdlaw.net
        alex@dowdlaw.net

        *Plaintiffs' Interim Liaison Counsel*

        And

        BRYAN CAVE LLP

By: */s/ Richard P. Cassetta (with consent)*
    Richard P. Cassetta MO #43821
    Helen C. Looney MO #67029
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, MO 63102-2750
    Telephone: (314) 259-2000
    Facsimile: (314) 259-2020
    richard.cassetta@bryancave.com
    helen.looney@bryancave.com

*Defendants' Liaison Counsel*

Robert A. Atkins (NY #2210771)
Daniel J. Kramer (NY #1979392)
Lorin L. Reisner (NY #2094217)
Yahonnes S. Cleary (NY 4802492)
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3183
Facsimile: (212 492-0183
ratkins@paulweiss.com
dkramer@paulweiss.com
lreisner@paulweiss.com
ycleary@paulweiss.com

*Defendants' Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

                              */s/  John J. Driscoll*