# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> ALL CASES ) <br> ) | MDL No. 2669 <br><br> Case No. 4:15MD2669 JAR |

## PROPOSED AGENDA FOR JUNE 3, 2016 STATUS CONFERENCE

The parties have conferred through their respective Liaison and Lead Counsel. Below is a list of Defendants' proposed agenda items for the June 3, 2016 status conference. Plaintiffs do not have any additional agenda items.

1. Plaintiffs' Amended Class Action Complaint.

2. Status of Meet and Confer Regarding Discovery Plan and Briefing Schedule Related to Defendants' Contemplated Motion(s) to Stay and Compel Arbitration.

3. Any additional matters the Court wishes to address with the parties.

Respectfully Submitted,

Bryan Cave LLP
By:  /s/ Richard P. Cassetta
Richard P. Cassetta  MO #43821
Helen C. Looney MO #67029
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
richard.cassetta@bryancave.com
helen.looney@bryancave.com

and

Robert A. Atkins (NY #2210771)
Daniel J. Kramer (NY #1979392)
Lorin L. Reisner (NY #2094217)
Yahonnes S. Cleary (NY 4802492)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3183
Facsimile:  (212 492-0183
ratkins@paulweiss.com
dkramer@paulweiss.com
lreisner@paulweiss.com
ycleary@paulweiss.com

*Attorneys for Defendant*
Avid Dating Life Inc. & Defendants' Liaison
and Lead Counsel Respectively

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were served upon the attorneys of record via operation of the Court's electronic filing system on the 31st day of May, 2016.

/s/ Richard P. Cassetta