# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION ) ) ) | |
| ) | MDL No. 2669 |
| This Document Relates to: ) | |
| ) | Case No. 4:15MD2669 JAR |
| Case No. 4:15-cv-01921-JAR ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff John Doe (Case No. 4:15-cv-01921-JAR), by and through his attorneys, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules Of Civil Procedure.

Dated:  June 3, 2016                                Respectfully submitted,

*/s/ Joseph J. Siprut*
Joseph J. Siprut
*jsiprut@siprut.com*
John Marrese
*jmarrese@siprut.com*
**S**IPRUT **PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.300.4809

Katrina Carroll
*kcarroll@litedepalma.com*
Kyle A. Shamberg
*kshamberg@litedepalma.com*
**LITE DEPALMA GREENBERG LLC**
Chicago Office
211 W. Wacker Drive
Suite 500
Chicago, Illinois 60606
312.750.1265

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing **Notice Of Voluntary Dismissal Without Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system this 3rd day of June 2016 and served electronically on all counsel of record.

*/s/ Joseph J. Siprut*
Joseph J. Siprut