# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE (an alias), individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 4:15-cv-01921-JAR |
| v. ) ) ) | Hon. John A. Ross |
| AVID LIFE MEDIA, INC., an Ontario corporation and AVID LIFE, INC., an Ontario corporation d/b/a ASHLEY MADISON, ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff John Doe, by and through his attorneys, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules Of Civil Procedure.

Dated: June 3, 2016            Respectfully submitted,

*/s/ Joseph J. Siprut*
Joseph J. Siprut
*jsiprut@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.300.4809

So Ordered
John A. Ross
6/3/2016