## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER          ) | MDL Docket No. 2669 |
| DATA SECURITY BREACH LITIGATION        ) | |
| ) | Case No. 4:15MD2669JAR |
| This Document Relates to:              ) | |
| ) | |
| Case No.  1:15-cv-08270                 ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, John Doe (Case No. 1:15-cv-08270), by and through his attorneys, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 3, 2016

                                 Respectfully submitted,


                           By:*/s/ Richard R. Gordon*
                              Richard R. Gordon


Richard R. Gordon
**Gordon Law Offices, Ltd.**
211 West Wacker Dr.
Suite 500
Chicago, IL 60606
(312) 332-5200
rrg@gordonlawchicago.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically with the Clerk of the Court using the CM/ECF system this 3rd day of June 2016 and served electronically on all counsel of record.

*/s/ Richard R. Gordon*
Richard R. Gordon