# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> ALL CASES ) <br> ) | MDL No. 2669 <br><br> Case No. 4:15MD2669 JAR |

## JOINT PROPOSED AGENDA

COME NOW Plaintiffs and the undersigned Defendants, through their counsel, and hereby submit the following proposed agenda for the August 5, 2016 status conference:

1. The parties' objections to the other side's discovery requests;

2. The sufficiency of the other side's discovery responses;

3. The timing and briefing schedule for motions to compel discovery (if necessary).

4. Defendant Noel Biderman's Ability to File a Separate Motion/Brief on Arbitration.

Respectfully Submitted:

| | |
|---|---|
| DOWD & DOWD, P.C. | Bryan Cave LLP |
| By:/s/ *Douglas P. Dowd* | By:  /s/ Richard P. Cassetta |
| Douglas P. Dowd (29240MO) | Richard P. Cassetta  MO #43821 |
| William T. Dowd (39648MO) | Helen C. Looney MO #67029 |
| Alex R. Lumaghi (56569MO) | Bryan Cave LLP |
| 211 North Broadway, Suite 4050 | One Metropolitan Square |
| St. Louis, Missouri   63102 | 211 North Broadway, Suite 3600 |
| Tel.: (314) 621-2500 | St. Louis, MO  63102-2750 |
| Fax: (314) 621-2503 | Telephone:  (314) 259-2000 |
| doug@dowdlaw.net | Facsimile:  (314) 259-2020 |
| bill@dowdlaw.net | richard.cassetta@bryancave.com |
| alex@dowdlaw.net | helen.looney@bryancave.com |
| | |
| Plaintiffs' Interim Liaison Counsel | and |
| | |
| John J. Driscoll (54729MO) | Robert A. Atkins (NY #2210771) |
| Christopher J. Quinn (41883MO) | Daniel J. Kramer (NY #1979392) |
| Gregory G. Pals (48820MO) | Lorin L. Reisner (NY #2094217) |
| THE DRISCOLL FIRM, P.C. | Yahonnes S. Cleary (NY #4802492) |
| 211 N. Broadway, 40th Floor | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| St. Louis, Missouri  63102 | 1285 Avenue of the Americas |
| Tel.: (314) 932-3232 | New York, NY 10019 |
| Fax: (314) 932-3233 | Telephone: (212) 373-3183 |
| john@thedriscollfirm.com | Facsimile:  (212) 492-0183 |
| chris@thedriscollfirm.com | ratkins@paulweiss.com |
| greg@thedriscollfirm.com | dkramer@paulweiss.com |
| | lreisner@paulweiss.com |
| Plaintiffs' Interim Co-Lead Counsel | ycleary@paulweiss.com |
| | |
| | Counsel for Avid Dating Life Inc. & Defendants' Liaison and Lead Counsel Respectively |

W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Tel.: (205) 326-3336
Fax: (205) 326-3332
wlgarrison@hgdlawfirm.com
chood@hgdlawfirm.com
taylor@hgdlawfirm.com

James F. McDonough, III
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hglawfirm.com

Plaintiffs' Interim Co-Lead Counsel

And

BOIES, SCHILLER & FLEXNER LLP

By /s/ Ian M. Dumain
William S. Ohlemeyer
Christopher M. Green
Ian M. Dumain
333 Main Street
Armonk, NY  10504
Telephone: 914-749-8244
Facsimile:  914-749-8300
cgreen@bsfllp.com

*Attorneys for Defendant*
Noel Biderman

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing were served upon the attorneys of record via operation of the Court's electronic filing system on the 1st day of August, 2016.

/s/ Richard P. Cassetta