IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) MDL No. 2669<br>)<br>) Case No. 4:15-MD-2669-JAR<br>)<br>) |

## DEFENDANT NOEL BIDERMAN'S MOTION TO DISMISS OR STAY AND TO COMPEL ARBITRATION

Defendant Noel Biderman respectfully moves the Court for an order dismissing or staying the claims against him and compelling arbitration of those claims. The grounds for the motion are set out in the accompanying Memorandum of Law in Support of Defendant Noel Biderman's Motion to Dismiss or Stay and to Compel Arbitration, Declaration of Ian M. Dumain, and Declaration of Noel Biderman.

Wherefore, Defendant Noel Biderman respectfully requests that the Court (1) dismiss or stay the claims against him; (2) compel arbitration of those claims; (3) award Biderman his costs; and (4) grant such further relief as the Court deems just.

1

Dated:  August 29, 2016
        Armonk, NY

                              Respectfully submitted,

                              BOIES, SCHILLER & FLEXNER LLP

                              By
                              William S. Ohlemeyer
                              Christopher M. Green
                              Ian M. Dumain
                              333 Main Street
                              Armonk, NY  10504
                              Telephone: 914-749-8244
                              Facsimile:  914-749-8300
                              cgreen@bsfllp.com

                              *Attorneys for Defendant*
                              *Noel Biderman*

2

## CERTIFICATE OF SERVICE

I certify that on August 29, 2016, I electronically filed Defendant Noel Biderman's Motion to Dismiss or Stay and to Compel Arbitration, the Memorandum of Law in Support of Defendant Noel Biderman's Motion to Dismiss or Stay and to Compel Arbitration, the Declaration of Ian M. Dumain, and the Declaration of Noel Biderman with the Clerk of the Court using the CM/ECF system, which will send notification of the filings to all counsel of record.

Ian M. Dumain