IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) MDL No. 2669 ) ) Case No. 4:15-MD-2669-JAR ) ) |

## DECLARATION OF NOEL BIDERMAN

1. In July 2015, I was the Chief Executive Officer of Avid Life Media ("ALM").

2. I had held that position at ALM since October 2010.

3. Beginning in August 2007, when ALM acquired Ashley Madison from Magnolia Stone Corporation ("MSC"), I was the Chief Operating Officer of ALM.

4. I was not the founder of Ashley Madison or the founder of ALM.

5. In addition to my positions at ALM, I also held various officer positions at Avid Dating Life ("ADL") between January 2009 and August 2015, including Chief Executive Officer, Chief Operating Officer, and President.

6. I have reviewed the First Amended Consolidated Class Action Complaint in this case. The conduct attributed to me in that pleading—assuming but not conceding its truth—relates to actions I took in the scope of my employment at ALM and ADL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 29, 2016
Toronto, Canada

_____
Noel Biderman

1