# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION ) ) ) This Document Relates to: ) ) ALL CASES ) ) | MDL No. 2669<br><br>4:15-MD-2669-JAR |

## PROPOSED AGENDA

Plaintiffs and Defendants, through counsel, respectfully submit the following proposed agenda items for the September 9, 2016 status conference:

- Avid's Discovery Responses Pursuant to the Court's Order of August 24;
- Deposition(s);
- Anticipated Request for Extension of Time for Response to Motion to Compel.

Counsel intend to further confer regarding these matters prior to the conference.

Respectfully Submitted,

| | |
|---|---|
| DOWD & DOWD, P.C. | BRYAN CAVE LLP |
| By: /s/ *Douglas P. Dowd* | By: */s/ Richard P. Cassetta* |
| Douglas P. Dowd (29240MO) | Richard P. Cassetta  MO #43821 |
| William T. Dowd (39648MO) | Helen C. Looney MO #67029 |
| Alex R. Lumaghi (56569MO) | Bryan Cave LLP |
| 211 North Broadway, Suite 4050 | One Metropolitan Square |
| St. Louis, Missouri   63102 | 211 North Broadway, Suite 3600 |
| Tel.: (314) 621-2500 | St. Louis, MO  63102-2750 |
| Fax: (314) 621-2503 | Telephone:  (314) 259-2000 |
| doug@dowdlaw.net | Facsimile:  (314) 259-2020 |
| bill@dowdlaw.net | richard.cassetta@bryancave.com |
| alex@dowdlaw.net | helen.looney@bryancave.com |
| | |
| Plaintiffs' Interim Liaison Counsel | and |

| | |
|---|---|
| John J. Driscoll (54729MO)<br>Christopher J. Quinn (41883MO)<br>Gregory G. Pals (48820MO)<br>THE DRISCOLL FIRM, P.C.<br>211 N. Broadway, 40th Floor<br>St. Louis, Missouri  63102<br>Tel.: (314) 932-3232<br>Fax: (314) 932-3233<br>john@thedriscollfirm.com<br>chris@thedriscollfirm.com<br>greg@thedriscolllfirm.com<br><br>Plaintiffs' Interim Co-Lead Counsel<br><br>and<br><br>W. Lewis Garrison, Jr.<br>HENINGER GARRISON DAVIS, LLC<br>2224 1st Avenue North<br>Birmingham, Alabama 35203<br>Tel.: (205) 326-3336<br>Fax: (205) 326-3332<br>wlgarrison@hgdlawfirm.com<br>chood@hgdlawfirm.com<br>taylor@hgdlawfirm.com<br><br>James F. McDonough, III<br>HENINGER GARRISON DAVIS, LLC<br>3621 Vinings Slope, Suite 4320<br>Atlanta, Georgia 30339<br>Tel.: (404) 996-0869<br>Fax: (205) 326-3332<br>jmcdonough@hglawfirm.com<br><br>Plaintiffs' Interim Co-Lead Counsel | Robert A. Atkins (NY #2210771)<br>Daniel J. Kramer (NY #1979392)<br>Lorin L. Reisner (NY #2094217)<br>Yahonnes S. Cleary (NY #4802492)<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3183<br>Facsimile:  (212) 492-0183<br>ratkins@paulweiss.com<br>dkramer@paulweiss.com<br>lreisner@paulweiss.com<br>ycleary@paulweiss.com<br><br>Counsel for Avid Dating Life Inc. & Defendants' Liaison and Lead Counsel Respectively<br><br>and<br><br>BOIES, SCHILLER & FLEXNER LLP<br><br>By */s/ Ian M. Dumain*<br>William S. Ohlemeyer<br>Christopher M. Green<br>Ian M. Dumain<br>333 Main Street<br>Armonk, NY  10504<br>Telephone: 914-749-8244<br>Facsimile:  914-749-8300<br>cgreen@bsfllp.com<br><br>Attorneys for Defendant<br>Noel Biderman |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Douglas P. Dowd*