**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION<br><br><br>This Document Relates to:<br><br>Case No. 4:15-cv-01929-JAR<br>*Poyet v. Avid Life Media, Inc., et al.* | Case No. 4:15-md-2669 JAR |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff David Poyet (Case No. 4:15-cv-01929-JAR), by and through his attorneys, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: September 16, 2016                    ROBBINS ARROYO LLP

                                            */s/ Leonid Kandinov*
                                            BRIAN J. ROBBINS
                                            brobbins@robbinsarroyo.com
                                            KEVIN A. SEELY
                                            kseely@robbinsarroyo.com
                                            ASHLEY R. RIFKIN
                                            arifkin@robbinsarroyo.com
                                            LEONID KANDINOV
                                            lkandinov@robbinsarroyo.com
                                            600 B Street, Suite 1900
                                            San Diego, CA 92101
                                            Telephone: (619) 525-3990
                                            Facsimile: (619) 525-3991

                                            LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                            ROBERT K. SHELQUIST
                                            rkshelquist@locklaw.com
                                            REBECCA A. PETERSON
                                            rapeterson@locklaw.com
                                            100 Washington Avenue South, Suite 2200
                                            Minneapolis, MN 55401
                                            Telephone: (612) 339-6900
                                            Facsimile: (612) 339-0981

- 1 -

- 2 -

CUNEO GILBERT & LADUCA, LLP
CHARLES J. LADUCA
charles@cuneolaw.com
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (240) 483-4292
Facsimile: (202) 789-1813

STEPHENS & STEPHENS LLP
CONRAD B. STEPHENS (266790)
conrad@stephensfirm.com
505 S. McClelland Street
Santa Maria, CA 93454
Telephone: (805) 922-1951
Facsimile: (805) 922-8013

*Attorneys for Plaintiff David Poyet*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing has been made through the Court's Case Management/Electronic Case Filing system on all counsel of record this 16th day of September, 2016.

*/s/ Leonid Kandinov*
LEONID KANDINOV

1123286