IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ASHLEY MADISON CUSTOMER :     Case No. 4:15-md-2669 JAR
:
DATA BREACH SECURITY LITIGATION    :

This document relates Case No. ARE/4:16-CV-0160-JAR
*Scharf v. Avid Life Media, Inc., et al*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Thadeaus G. Scharf, III (Case No. ARE/4:16-CV-01260-JAR), by and through his attorneys, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: February 10, 2017

                               Respectfully Submitted,

                               Stephanie Ann Linam
                               ***DAVIDSON LAW FIRM***
                               724 Garland, Cantrell at State
                               P.O. Box 1300
                               Little Rock, AR 72201
                               (501) 374-9977
                               Fax: (501) 374-5917


                               /s/ Stephanie Ann Linam
                               STEPHANIE ANN LINAM, ABN 2007132
                               stephaniel@dlf-ar.com
                               CHARLES DARWIN "SKIP" DAVIDSON
                               skipd@dlf-ar.com
                               DAVID GERSHNER
                               davidg@dlf-ar.com

So Ordered
*/s/ John A. Ross*
2/16/2017

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which sends an electronic copy and notification to the parties and registered attorneys of record.

/s/ Stephanie Ann Linam
Stephanie Ann Linam