# Exhibit A to
# Stipulation of Settlement
# (Claim Form)

**Your claim must be submitted or postmarked by:**

In Re Ashley Madison Customer Date Security Breach Litigation
MDL No. 2669
Case No. 4:15-MD-02669-JAR (E.D. Mo.)

**Ashley Madison**

## CLAIM FORM

[          ]  [  ]  [          ]
First Name    MI   Last Name

[                    ]
Street Address 1

[                    ]
Street Address 2

[          ]  [  ]  [          ]
City          State  Zip Code

[          ]       [          ]
Telephone Number   E-Mail Address

***Important:*** We will use the information that you provide to communicate with you about your claim, which we will do primarily by email if you provide an email address.  The information you provide will not be used for other purposes, including but not limited to marketing purposes.  The information you provide will not be sold, nor will it be provided to others, except insofar as is necessary to to effectuate the terms of this Settlement Agreement, or as required by applicable state or federal law.

Class Members who elect to submit their claim online may select to receive payment via PayPal, Electronic Check or receive a check in the mail.  Class Members who elect to submit a paper claim rather than an online claim will receive a check mailed to them at the address contained on this claim form.

If you have an affirmative answer to any of Questions One, Two, Three, and Four below, please provide any credit card statements, bank statements, invoices, telephone records, e-mail receipts, other payment records with this completed claim form.

# CLAIM VALIDATION QUESTIONS

**QUESTION ONE (***Membership***)**

Did you use the website AshleyMadison.com at any time on or before July 20, 2015?

☐ Yes   (*Proceed to Question Two on next page*)

☐ No   (*You are not eligible to submit a claim*)

**QUESTION TWO (***Deleted Profiles***)**

Did you, at any time on or before July 20, 2015, purchase the "Full Delete", "Paid Delete", or "Complete Profile Removal" option from AshleyMadison.com for the cost of $19.00 in order to delete your user profile?

☐ Yes
       If yes, for how many accounts did you purchase this option? [ ]
☐ No

**QUESTION THREE (***Credit Purchases***)**

Did you, at any time on or before July 20, 2015, purchase credits and have a good faith belief that you used those credits communicate with Engagers on the website AshleyMadison.com?

☐ Yes
       If yes, how much did you spend on these particular credits? [ ]
☐ No

**If you answered "Yes" to Question Two and/or Question Three, please complete the following information:**

Provide the last six digits of the credit or debit card number(s) used on AshleyMadison.com and full name of the cardholder **as the name appeared on the credit or debit card(s)** at the time(s) of such purchase(s): (*This information will used to verify your purchases*).

**Card 1:**      ☐    Same as Above, *or*

| Last six digits | First Name | MI | Last Name | Suffix |

**Card 2:**      ☐    Same as Above, *or*

| Last six digits | First Name | MI | Last Name | Suffix |

**Card 3:**      ☐    Same as Above, *or*

| Last six digits | First Name | MI | Last Name | Suffix |

**QUESTIONS?**
Visit **www.WebsiteDataBreach.com,** email **WebsiteDataBreach@AdministratorClassAction.com** or call  [phone number]

## QUESTION FOUR (*Other*)

Did you, suffer <u>unreimbursed</u> losses caused by the Data Breach including, but not limited to, identity theft?  (*In order to have a recognized loss under this section you must provide proof of losses with your claim*).

☐ <u>Yes</u>

If yes, how much were your losses? ☐

Describe your losses in detail:

☐ <u>No</u>

## QUESTION FIVE (*Released Information*)

Was your personal information released publically as a result of the Data Breach?

☐ <u>Yes</u>

☐ <u>No</u>

Please provide <u>all</u> of the information requested below in parts A B and C.

IMPORTANT NOTE: To receive a payment, you must submit information sufficient to establish that you created an account on AshleyMadison.com. **The only way to be certain that you have submitted information sufficient to determine whether or not you are entitled to a payment is to submit the information requested below.**

A.  Provide the last four digits of your social security number:

B.  Provide the account number(s) you were given by AshleyMadison.com **and/or** provide the email address(es) you used to sign up for a user profile.

**Account Number(s)**                                **Email Address(es)**

C.  Provide the user name you used on AshleyMadison.com.

**User Name(s)**

QUESTIONS?
Visit **www.WebsiteDataBreach.com,** email **WebsiteDataBreach@AdministratorClassAction.com** or call  [phone number]

## ATTESTATION AND SIGNATURE

I certify and declare under penalty of perjury that the information I am providing in this claim form is true and correct. I have read the Long Form Notice and release and agree to the terms contained in them.  I understand that failure to provide the necessary information requested above or requested by the Settlement Administrator may result in my claim being denied.

Name: _____    Signature: _____

Date:        _____

**QUESTIONS?**
**Visit www.WebsiteDataBreach.com,** email **WebsiteDataBreach@AdministratorClassAction.com** or call  **[phone number]**