# Exhibit F to
# Stipulation of Settlement
# (Internet Banner Ads)

If you used AshleyMadison.com on or before July 20, 2015, you <u>may</u> be eligible to receive benefits from a class action settlement.

<u>CLICK HERE</u> for more information

If you used AshleyMadison.com on or before July 20, 2015, you <u>may</u> be eligible to receive benefits from a class action settlement.

<u>CLICK HERE</u> for more information

If you used AshleyMadison.com on or before July 20, 2015, you may be entitled to receive benefits from a class action settlement.

<u>CLICK HERE</u> for more information

If you used ASHLEYMADISON.COM on or before July 20, 2015, you <u>may</u> be eligible to receive benefits from a class action

<u>CLICK HERE</u> for more information