**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | )<br>)<br>)   MDL No. 2669<br>) |

## ORDER

**IT IS HEREBY ORDERED** that the parties' Motion for Preliminary Approval of Settlement (Doc. No. 343) is set for hearing on **Friday, July 21, 2017 at 10:00 a.m. in Courtroom 12N.**

Dated this 14th day of July, 2017.

*/s/ John A. Ross*
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

1