**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | MDL No. 2669 |

## ORDER

Counsel may participate by telephone at the July 21, 2017 hearing on Plaintiffs' Motion for Preliminary Approval of Settlement by filing a notice with the Court. Counsel are directed to call the conference toll free at **1-877-810-9415** from the United States (for callers outside the United States the caller paid international number is 636-651-3185). **The access code to enter the telephone conference for all participants is: 7519116.**

Dated this 19th day of July, 2017.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1