UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 2669<br><br>Case No. 4:15-MD-02669-JAR |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL DECLARATION REGARDING NOTICE AND ADMINISTRATION COSTS**

1. In support of Plaintiffs' Motion for Preliminary Approval of Settlement (Doc. No 343) and their Memorandum of Law in Support (Doc. No. 344), both filed on July 14, 2017 (the "Motion for Preliminary Approval"), Plaintiffs filed the Declaration of Steven Weisbrot, Esq. On Adequacy of Notice Program ("Weisbrot Declaration"), which addressed the breadth and adequacy of the Notice Program and provided a detailed explanation of the notice plan and administration of the settlement.

2. In further support of the Motion for Preliminary Approval, Plaintiffs hereby file a supplemental declaration regarding the costs associated with the Notice Plan and with administration of the settlement. These costs are summarized in the Declaration of Brian Devery on Costs for Notice Program, dated July 20, 2017, and attached hereto (the "Devery Declaration"), which supplements the prior Weisbrot Declaration. *See* Devery Declaration, ¶ 1.

3. Plaintiffs ask this Court to order "that the costs associated with the notice plan described above and the estimated costs of administering the Settlement are fair and reasonable" (Doc. No. 343-8, p. 9). The Devery Declaration supports Plaintiffs request. *See* Devery Declaration, ¶¶ 2-5.

1

Date:  July 20, 2017	Respectfully Submitted,

THE DRISCOLL FIRM, P.C.

By:	*/s/ John J. Driscoll*
John J. Driscoll (54729MO)
Christopher J. Quinn (41883MO)
Gregory G. Pals (48820MO)
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
Tel.: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com
greg@thedriscollfirm.com

W. Lewis Garrison, Jr.
Christopher B. Hood
Taylor C. Bartlett
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Tel.: (205) 326-3336
Fax: (205) 326-3332
wlgarrison@hgdlawfirm.com
chood@hgdlawfirm.com
taylor@hgdlawfirm.com

James F. McDonough, III
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hgdlawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

*/s/ Douglas P. Dowd*
Douglas P. Dowd (29240MO)
William T. Dowd (39648MO)
Alex R. Lumaghi (56569MO)
DOWD & DOWD, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Tel.: (314) 621-2500  Fax: (314) 621-2503

2

doug@dowdlaw.net
bill@dowdlaw.net
alex@dowdlaw.net

*Plaintiffs' Interim Liaison Counsel*

John Arthur Eaves, Jr.
JOHN ARTHUR EAVES
ATTORNEYS AT LAW
101 North State Street
Jackson, Mississippi 39201
Tel.: (601) 355-7961
Fax: (601) 355-0530
johnjr@eaveslaw.com

Gary F. Lynch
Jamisen A. Etzel
CARLSON LYNCH SWEET &
KILPELA, LLP
1133 Penn Ave., 5th floor
Pittsburgh, Pennsylvania 15222
Tel.: (412) 322-9243
Fax: (724) 656-1556
glynch@carlsonlynch.com
jetzel@carlsonlynch.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020
tom@attorneyzim.com

Julian A. Hammond
Ari Cherniak
Polina Pecherskaya
HAMMONDLAW, P.C.
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035
(310) 601-6766
(310) 295-2385 (Fax)
jhammond@hammondlawpc.com
acherniak@hammondlawpc.com
ppecherskaya@hammondlawpc.com

3

>Katrina Carroll
>Kyle Alan Shamberg
>LITE DEPALMA GREENBERG
>211 W. Wacker Drive, Ste. 500
>Chicago, IL 60606
>312-750-1591
>Fax: 312-212-5919
>kcarroll@litedepalma.com
>kshamberg@litedepalma.com
>
>*Plaintiffs' Interim Executive Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

>*/s/ Douglas P. Dowd*