UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 2669<br><br>Case No. 4:15-MD-02669-JAR |

## DECLARATION OF RICHARD P. CASSETTA

I, Richard P. Cassetta, hereby declare as follows:

1. I am a member of Bryan Cave LLP, attorneys for Ruby Corp. (previously named Avid Life Media Inc.) and Ruby Life Inc. (previously named Avid Dating Life Inc.) in this matter. I am a member of the Bar of this Court in good standing. I have personal knowledge of the facts stated herein.

2. Attached as Exhibit A is a notice as required under the Class Action Fairness Act of 2005, codified at 28 U.S.C. § 1715, notifying the appropriate federal and state officials of the proposed settlement between the defendants and the plaintiffs in this action (the "CAFA Notice").

3. I caused the CAFA Notice to be served via U.S. mail, postage prepaid, on the appropriate federal and state officials on July 20, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2017 in St. Louis, Missouri.

_____
Richard P. Cassetta