# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 2669<br><br>Case No. 4:15-MD-02669-JAR |

## NOTICE OF CLASS SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

To:   See Attached Service List

Pursuant to the provisions of 28 U.S.C. § 1715, Defendants Ruby Corp. (previously named Avid Life Media Inc.), Ruby Life Inc. (previously named Avid Dating Life Inc.), and Noel Biderman (altogether, "Defendants") hereby give notice that the parties in the above-captioned lawsuit have entered into a proposed settlement of a class action subject to the approval of the United States District Court for the Eastern District of Missouri.  In compliance with 28 U.S.C. § 1715, Defendants submit the following documents with this notice:

1. Pursuant to 28 U.S.C. § 1715(b)(1), copies of all complaints and amended complaints filed in this action:  the Consolidated Class Action Complaint, filed on June 3, 2016, attached hereto as Exhibit A; and the operative First Amended Consolidated Class Action Complaint, filed on June 24, 2016, attached hereto as Exhibit B;

2. Pursuant to 28 U.S.C. § 1715(b)(2), the Court Order scheduling a hearing on the parties' Motion for Preliminary Approval of Settlement for Friday, July 21, 2017, attached hereto as Exhibit C;

3. Pursuant to 28 U.S.C. § 1715(b)(3), the proposed notifications to class members ("Long Form Notice" and "Summary Publication Notice"), included as Exhibits C and D to the Settlement Agreement, and attached hereto as Exhibits D and E;

4. Pursuant to 28 U.S.C. § 1715(b)(4), the proposed class action settlement ("Settlement Agreement"), entered into among Defendants and Brian Farr, Steven Coward, Marc Benefield, Nhung Truong, Gustavo Alfaro, David Yagel, John Hiles III, Matthew Lisuzzo, Britt Garrett, Christopher Russell, David Miller, James Mike Shows, Todd Witengier, Byron Goetting, Marvin Cabiness, Keith Macomber, Paul Jack, and Anthony Imbarrato (the "Class Representatives" or "Plaintiffs"), both individually and on behalf of the Settlement Class, entered into on July 14, 2017, attached hereto as Exhibit F;

5. Pursuant to 28 U.S.C. § 1715(b)(5), an opt-out agreement between Plaintiffs and Defendants, entered into on July 14, 2017, attached hereto as Exhibit G;

6. Pursuant to 28 U.S.C. § 1715(b)(7)(B), a table listing the number of Internet users in each state who signed up for Ashley Madison, an online dating website owned and operated by Defendants, for the years 2002 through 2015, as well as the percentage share of such users by state. The table, attached hereto as Exhibit H, constitutes "a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." 28 U.S.C. § 1715(7)(B).[1]

---

[1] It is not feasible to identify the names or numbers of class members who reside in each state. *See* 28 U.S.C. § 1715(b)(7)(A) (requiring such information "if feasible" and providing that in cases where it is not feasible, defendants may instead submit the information set forth in § 1715(b)(7)(B)).

2

At this time, there has been no final judgment or notice of dismissal (28 U.S.C. § 1715(b)(6)), and there is no written judicial opinion relating to the materials described under subparagraphs (3) through (6) of subsection 1715(b) (28 U.S.C. § 1715(b)(8)).

Dated: July 20, 2017
      St. Louis, Missouri

    Respectfully Submitted,
    By:   /s/ Richard Cassetta

Richard P. Cassetta (MO #43821)
Helen C. Looney (MO #67029)
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
richard.cassetta@bryancave.com
helen.looney@bryancave.com

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Robert A. Atkins (NY #2210771)
Yahonnes Cleary (NY #4802492)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3183
Facsimile: (212) 492-0183
ratkins@paulweiss.com
ycleary@paulweiss.com

*Attorneys for Avid Dating Life Inc. and Avid Life Media Inc.*

In re Ashley Madison Customer Data Security Breach Litigation
Case No. 4:15-MD-02669-JAR, MDL No. 2669 (E.D. Mo.)
SERVICE LIST FOR NOTICE PURSUANT TO CAFA, 28 U.S.C. § 1715

| | |
|---|---|
| Hon. Jeff Sessions<br>Attorney General for the United States<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530-0001 | Hon. Steve Marshall<br>Attorney General of Alabama<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL  36130-0152 |
| Hon. Jahna Lindemuth<br>Attorney General of Alaska<br>Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK  99501 | Hon. Talauega Eleasalo Ale<br>Attorney General of American Samoa<br>Office of the Attorney General<br>Executive Office Building – 3rd Floor<br>Pago Pago, AS 96799 |
| Hon. Mark Brnovich<br>Attorney General of Arizona<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, AZ  85007-2926 | Hon. Leslie Rutledge<br>Attorney General of Arkansas<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201 |
| Hon. Xavier Becerra<br>Attorney General of California<br>Attorney General's Office<br>California Department of Justice<br>Attn: Public Inquiry Unit<br>P.O. Box 944255<br>Sacramento, CA  94244-2550 | Hon. Cynthia H. Coffman<br>Attorney General of Colorado<br>Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 |
| Hon. George Jepsen<br>Attorney General of Connecticut<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT  06106 | Hon. Matthew Denn<br>Attorney General of Delaware<br>Office of the Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE  19801 |
| Hon. Karl A. Racine<br>Attorney General of the District of Columbia<br>Office of the Attorney General<br>One Judiciary Square<br>441 4th Street, N.W.<br>Washington, D.C.  20001 | Hon. Pam Bondi<br>Attorney General of Florida<br>Office of Attorney General<br>State of Florida<br>The Capital PL-01<br>Tallahassee, FL  32399-1050 |

| | |
|---|---|
| Hon. Christopher M. Carr<br>Attorney General of Georgia<br>Office of the Attorney General<br>40 Capital Square, S.W.<br>Atlanta, GA  30334 | Hon. Elizabeth Barrett-Anderson<br>Attorney General of Guam<br>Attorney General Office of Guam<br>Attn:  Administrative Section<br>ITC Bldg., Suite 901<br>590 S. Marine Corps Drive<br>Tamuning, Guam 96913 |
| Hon. Douglas Chin<br>Attorney General of Hawaii<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 | Hon. Lawrence Wasden<br>Attorney General of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID  83720-0010 |
| Hon. Lisa Madigan<br>Attorney General of Illinois<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL  60601 | Hon. Curtis T. Hill, Jr.<br>Attorney General of Indiana<br>Indiana Attorney General's Office<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN  46204 |
| Hon. Tom Miller<br>Attorney General of Iowa<br>Office of the Attorney General of Iowa<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA  50319 | Hon. Derek Schmidt<br>Attorney General of Kansas<br>Office of the Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS  66612 |
| Hon. Andy Beshear<br>Attorney General of Kentucky<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY  40601-3449 | Hon. Jeff Landry<br>Attorney General of Louisiana<br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA  70804 |
| Hon. Janet T. Mills<br>Attorney General of Maine<br>Office of the Attorney General<br>6 State House Street<br>Augusta, ME  04333 | Hon. Brian E. Frosh<br>Attorney General of Maryland<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202 |

| | |
|---|---|
| Hon. Maura Healey<br>Attorney General of Massachusetts<br>Attorney General's Office<br>One Ashburton Place<br>Boston, MA  02108-1518 | Hon. Bill Schuette<br>Attorney General of Michigan<br>Michigan Department of Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI  48909 |
| Hon. Lori Swanson<br>Attorney General of Minnesota<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN  55101 | Hon. Jim Hood<br>Attorney General of Mississippi<br>Office of the Attorney General<br>550 High Street<br>Jackson, MS  39201 |
| Hon. Josh Hawley<br>Attorney General of Missouri<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO  65102 | Hon. Tim Fox<br>Attorney General of Montana<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT  59620-1401 |
| Hon. Doug Peterson<br>Attorney General of Nebraska<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE  68509 | Hon. Adam Paul Laxalt<br>Attorney General of Nevada<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV  89701 |
| Hon. Gordon MacDonald<br>Attorney General of New Hampshire<br>Office of the Attorney General<br>33 Capital Street<br>Concord, NH  03301 | Hon. Christopher S. Porrino<br>Attorney General of New Jersey<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, Box 80<br>Trenton, NJ  08625-0080 |
| Hon. Hector Balderas<br>Attorney General of New Mexico<br>Office of the Attorney General<br>408 Galisteo St.<br>Villagra Building<br>Santa Fe, NM  87501 | Hon. Eric T. Schneiderman<br>Attorney General of New York<br>Office of the Attorney General<br>The Capitol<br>Albany, NY  12224-0341 |

| | |
|---|---|
| Hon. Josh Stein<br>Attorney General of North Carolina<br>Attorney General's Office<br>9001 Mail Service Center<br>Raleigh, NC  27699-9001 | Hon. Wayne Stenehjem<br>Attorney General of North Dakota<br>Office of the Attorney General<br>State Capital<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND  58505 |
| Hon. Edward Manibusan<br>Attorney General of the Northern Mariana Islands<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 | Hon. Mike DeWine<br>Attorney General of Ohio<br>Office of the Attorney General<br>30 E. Broad Street, 14th  Floor<br>Columbus, OH  43215 |
| Hon. Mike Hunter<br>Attorney General of Oklahoma<br>Attorney General's Office<br>313 NE 21st Street<br>Oklahoma City, OK  73105 | Hon. Ellen F. Rosenblum<br>Attorney General of Oregon<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR  97301-4096 |
| Hon. Josh Shapiro<br>Attorney General of Pennsylvania<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA  17120 | Hon. Wanda Vàzquez Garced<br>Puerto Rico Attorney General<br>Office of the Attorney General<br>P.O. Box 902192<br>San Juan, PR 00902-0192 |
| Hon. Peter F. Kilmartin<br>Attorney General of Rhode Island<br>Office of the Attorney General<br>150 S. Main Street<br>Providence, RI  02903 | Hon. Alan Wilson<br>Attorney General of South Carolina<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC  29211 |
| Hon. Marty J. Jackley<br>Attorney General of South Dakota<br>Office of the Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD  57501-8501 | Hon. Herbert H. Slatery, III<br>Attorney General of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN  37202-0207 |

| | |
|---|---|
| Hon. Ken Paxton<br>Attorney General of Texas<br>Office of the Attorney General<br>300 W. 15th Street<br>Austin, TX  78701 | Hon. Sean D. Reyes<br>Attorney General of Utah<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT  84114-2320 |
| Hon. Thomas J. Donovan, Jr.<br>Attorney General of Vermont<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT  05609-1001 | Hon. Mark R. Herring<br>Attorney General of Virginia<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA  23219 |
| Hon. Claude Earl Walker<br>Attorney General of the Virgin Islands<br>Office of the Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 | Hon. Bob Ferguson<br>Attorney General of Washington<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA  98504-0100 |
| Hon. Patrick Morrisey<br>Attorney General of West Virginia<br>Office of Attorney General<br>State Capital Complex<br>Bldg. 1, Room E-26<br>Charleston, WV  25305 | Hon. Brad D. Schimel<br>Attorney General of Wisconsin<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI  53707-7857 |
| Hon. Peter K. Michael<br>Attorney General of Wyoming<br>Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY  82002 | |