UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Civil Case

Date: 7/21/2017   Judge: John A. Ross   Case No.: 15md2669 JAR

IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION

Court Reporter: Lisa Paczkowski   Deputy Clerk: Chelsea Olliges

Attorney(s) for Plaintiff(s): SEE ATTACHED LIST

Attorney(s) for Defendant(s): SEE ATTACHED LIST

☐ Court Appoints _____   ☐ Sealed Proceedings

**Proceedings:**

☐ Rule 16 Conference   ☐ Pretrial Conference
☐ Status Conference   ☐ In Chambers Conference
☒ Motion Hearing   ☐ Informal Matter
☐ Oral Arguments   ☐ Settlement Conference

Parties present for hearing on Plaintiff's Motion for Preliminary Approval of Settlement [343]. Discussion held.

Order to issue.

Next hearing date/time: November 20, 2017 @ 10am   Type of hearing: Final Approval/Fairness Hearing

Proceeding commenced: 10:06 am   Proceeding concluded: 10:47 am