UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE ASHLEY MADISON CUSTOMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 2669

## ORDER

The Court is in receipt of a written objection to the proposed Class Action Settlement. Upon review, the objection contains a number of personal data identifiers which appear to be not intended for inclusion in the public record. The Court finds that redacting the personal identifiers from the filing is the least restrictive means of promoting electronic access to case files while also protecting personal privacy interests. See E.D.Mo. L.R. 2.17. Accordingly, the Court will partially redact the written objection and direct the Clerk of Court to file it in this matter. In addition to the redacted filing, the Clerk of Court shall file under seal with the Court an unredacted copy of the written objection.

Dated this 16th day of October, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE