**RECEIVED**

**OCT 02 2017**

**BY MAIL**

Objection to class action settlement cas# 4:15-MD-02669-JAR (E.D.Mo.)

**A. real name:**

Shawn Michael O'Malley

▓▓▓▓▓▓▓▓▓

Horseheads, NY 14845

Phone ▓▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓

**B.** Reason for rejection (Please see attached)

**C.** I do not intend to appear in court at final hearing

**D.** Relationship : I was a user of AM website in 2007-2009. I paid $19 to remove my personal information in 2010. I did pay >$100.00 in credits. I was a victim of the data breech. I did get FEMBOT activity. I did receive identity theft attempts. I did get extortion attempts. All of this without my consent. At great personal cost.

**E.** My only words of rejection are attached in a separate 3 page rejection.

**F.** There are no other objections anywhere else from me except by what has been attached. I do not have legal counsel at this time.

September 28, 2017

**Rejection of Ashley Madison Settlement**

**A victim of database hack: Mr. Shawn O'Malley**

Approximately 10 years ago in 2007, I entered my personal data on the Ashley Madison website. A plurality of pressures and personal stresses ~~led~~ weakened my judgment to voyeuristically look at this site. I have been married for 24 years and have never once committed adultery. I can still recall how aggressively the AM site sent out its email blasts/spam advertisements and how frequently I would just delete and ignore them. In 2008 I paid by cashers check about $100.00 for credit purchases. I found myself during that year 2008 reading the chat rooms and studying the profiles of all the women listed. I was amazed of the profiles listed from all over the world from India to County Cork Ireland. Then toward the end of the year 2009 I had a spiritual returning back to God and my Christian roots. I turned away from these types of thoughts and have been on a repentant path ever since. In 2010, I paid $19 to remove my name and data from that site having been sorry I ever looked at such sorted content. Oddly enough sometime in the year 2011 I was contacted by a Russian female prostitute via email who indicated that she obtained my private email contact information from the AM website? At that time I was confused as to how she could have gotten my home email from the AM site since that was supposed to be private. It was as if the company (AM) deliberately kept my private information for either profit or blackmail or both. Of course I did not reply to this person but I did worry how it could be that the so called "world class security" of the AM site could have been breached or were they selling my information? I ignored this and went on with my life for four more years until August 2015.

In August 2015 a searchable data base from the AM site went public with my identity in it and without my consent. The media said they were for warned and did nothing to stop it. How could this be? Immediately over the next 48 hours I noticed numerous co-workers who began acting strange toward me. I could see people who normally would give kindness in their eye contact change and avoid eye contact or worse give me a very disgusted look. I think because of harassment policies within our corporate workplace they have all been careful not to directly raise the issue but nonetheless it has caused me to lose about 90% of my normal contacts. I cherish those who have stayed with me. During that first week, I even contemplated suicide. I did contact an Attorney Logan Greenberg at Unglesby & Greenberg from New Orleans to represent me in the class action lawsuit. Since this time at work I avoid our cafeteria and often just stay in my room by myself at lunch. It would be all but hopeless to bother discussing this topic our even telling them of my conversion back in 2009. Now I am telling you. I have had to tell my spouse, children, mother, brother and a few other people about this personal cross I have had to carry at the hands of the AM site. My youngest daughter has had friends stop talking to her over this data breach. So, the victims are not limited to those people whose identities are in the date base. Actually society as a whole suffers from this type of ruthless company that for greed promotes and temps people into a fallen state of being rather than strengthening the human family. They were wrong on so many levels it is hard to count them all. From Fem bots; false security awards, taking people's money and not providing the service they promised to tempting people into sin. Even when confronted with the data breach they did nothing knowing that it was real and would cause huge social damage.

While I have not lost my job I can say that during an economic down turn my company could easily justify my reduction in force under a range of reasons without ever having to admit it was due to this data breach. So I have suffered from a personal level to an impending financial level. Also imagine the stress of seeking a job knowing that an employer can easily see this public immoral association linked to a future employee.

I give below my reasons for rejecting the class action settlement.

1. The personal and financial injury is still ongoing and will continue right up until I die so the concept of "settling" for $500-$3500 seems wrong to me. The amount offered or agreed upon by unaffected parties seems way off center. The personal as well as my immediate family trauma, stress, shame, humiliation, social ostracism, financial ruin and over all spiritual warfare seems not accounted for by the current settlement. In fact the amount seems to even add more insult to further injury.
2. I also reject this settlement on the basis that it rewards the company AM rather than punish it. This company should cease to exist and no company like this should be allowed to exist. They themselves have admitted to a range of wrong doings. Settlements with some states at a state level have already occurred. So, in a way this is the only time that the judge in this case would be capable of doing the greatest social good by sending this company the clearest message and raising the penalty to a level that shuts this company down forever. So, while the users of that data base were wrong by sins of submission there are even greater sins of omission that at this time should be accounted for. I personally don't want to profit off the misery that these people have cause so many other fellow humans but also don't think they should be minimally charged and then go off and do it all over again.

In closing I also want to state that the person who committed the breach was never identified. After reading numerous blogs it seems highly likely (while pure conjecture based on the web blogs) that it was an inside job and perpetrated by someone who could have been easily be outed if there was enough will. Upon reflection to me it seemed indistinguishable from deliberate social engineering. In Dr. Philip Zimbardo's book "The Lucifer Effect: Understanding How Good People Turn Evil" one of the mechanisms used to turn a group of good people against one another is by creating a "label" in which your victim is no longer human but an object worthy of destruction. Few people ever reflect on the influence that groups like Lucifereanism, Freemasonry, occultists and Kabbalism have had on our human race through the filter of time. How many people know that Mr. Leon Trotsky was trained in 1917 by the b'nai brith Masonic lodge?

This whole event has made me go back and reflect on these hidden factors that influence our society. Roughly 2000 years ago a crowd gathered to stone a woman who had committed adultery. The son of God came forth and said "whoever is without sin cast the first stone" and the son of God proceeded to right down the sins of the crowd. Similarly as Saint Paul has said "All have sinned and fallen short of the Glory of God". This is why we

need Jesus the Christ. All have sinned and no one is perfect and since genesis we have been in a fallen state of being. So, from a personal level, a family level, a spiritual level, a social level, a moral level and a washed in the blood of Christ level like everyone else ever born I fully reject the class action settlement. I truly hope that enough social momentum will gather behind the victims of Ashley Madison Inc. to stop this company and any other like it before any more people are hurt.

Sincerely,



Shawn Michael O'Malley



Clerk's Office
United States District Court
Eastern District of Missouri
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

RECEIVED
OCT 02 2017.
BY MAIL

