# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION ) ) ) ) This Document Relates to: ) ) ALL CASES ) ) | MDL No. 2669 Case No. 4:15-MD-02669-JAR |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF SETTLEMENT, MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND RELATED MEMORANDA**

Class Representatives, through counsel, respectfully move this Court for an Order granting them a two-day extension of time in which to file their Motion for Final Approval of Settlement, including a list of persons who opted out of the proposed settlement, their Motion for Approval of Attorneys' Fees and Costs, and related memoranda. In support of their motion, Class Representatives state as follows:

1. Pursuant to the Court's Order Granting Preliminary Approval of Settlement [Doc. No. 354], Class Representatives' Motion for Final Approval of Settlement, including a list of persons who opted out of the proposed settlement, Motion for Approval of Attorneys' Fees and Costs, and related memoranda are currently due October 18, 2017.

2. Due to the press of business and other matters, counsel for Class Representatives require additional time to revise, finalize and file these documents.

3. This motion is not sought for purposes of delay and no party will be prejudiced by an Order granting it.

4. Counsel for Defendants consent to this motion.

5. The final approval hearing in this matter is set for November 20, 2017.

1

WHEREFORE, Class Representatives, through counsel, respectfully request this Court issue an Order granting them a two-day extension of time, until Friday, October 20, 2017, in which to file their Motion for Final Approval of Settlement, including a list of persons who opted out of the proposed settlement, their Motion for Approval of Attorneys' Fees and Costs, and related memoranda.

Date: October 17, 2017

Respectfully Submitted,

THE DRISCOLL FIRM, P.C.

By: */s/ John J. Driscoll*
John J. Driscoll (54729MO)
Christopher J. Quinn (41883MO)
Gregory G. Pals (48820MO)
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
Tel.: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com
greg@thedriscollfirm.com

W. Lewis Garrison, Jr.
Christopher B. Hood
Taylor C. Bartlett
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Tel.: (205) 326-3336
Fax: (205) 326-3332
wlgarrison@hgdlawfirm.com
chood@hgdlawfirm.com
taylor@hgdlawfirm.com

James F. McDonough, III
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hgdlawfirm.com

2

*/s/ Douglas P. Dowd*
Douglas P. Dowd (29240MO)
William T. Dowd (39648MO)
Alex R. Lumaghi (56569MO)
DOWD & DOWD, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Tel.: (314) 621-2500
Fax: (314) 621-2503
doug@dowdlaw.net
bill@dowdlaw.net
alex@dowdlaw.net

*Plaintiffs' Settlement Class Counsel*
