# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION )<br>)<br>)<br>This Document Relates to: )<br>)<br>ALL CASES )<br>) | MDL No. 2669<br><br>Case No. 4:15-MD-02669-JAR |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

COME NOW Plaintiffs, and for their Motion for Leave to File Exhibits Under Seal, state as follows:

1.  Plaintiffs have herewith filed their Motion for Final Approval of the settlement agreement in this action. Plaintiffs respectfully request this Court enter an order granting them leave to file under seal certain exhibits to the Motion for Final Approval.

2.  Namely, pursuant to the Court's Order of July 21, 2017 granting preliminary approval to the settlement, Class Settlement Counsel are required to submit the names of class members who have opted out of the settlement process. A list of sixteen class members who have requested to opt out of the settlement via letter prepared by their counsel is attached to Plaintiffs' Memorandum in Support of Motion for Final Approval as Exhibit 3. A letter from counsel for another class member who has requested to opt out is attached to the Memorandum in Support as Exhibit 2. Plaintiffs have additionally attached, as Exhibit 1, a copy of the one objection to the Settlement that has been received. A redacted version of this document was previously filed on the public docket. *See* Doc. Nos. 361-363.

1

3. As these Exhibits set forth the names and addresses of Class Members, which this Court has previously noted to be potentially confidential and sensitive information, *see* Doc. No. 138 at 6-7, Class Settlement Counsel request leave to submit these Exhibits under seal.

WHEREFORE, Plaintiffs respectfully request the Court enter an order granting Plaintiffs leave to file Exhibits 1, 2 and 3 to Plaintiffs' Memorandum in Support of Motion for Final Approval under seal and for such other and further relief as the Court deems just and proper.

Date:  October 20, 2017

Respectfully Submitted,

THE DRISCOLL FIRM, P.C.

By: */s/ John J. Driscoll*
John J. Driscoll (54729MO)
Christopher J. Quinn (41883MO)
Gregory G. Pals (48820MO)
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
Tel.: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com
greg@thedriscollfirm.com

W. Lewis Garrison, Jr.
Christopher B. Hood
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Tel.: (205) 326-3336
Fax: (205) 326-3332
wlgarrison@hgdlawfirm.com
chood@hgdlawfirm.com

James F. McDonough, III
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hgdlawfirm.com

        Douglas P. Dowd (29240MO)
        William T. Dowd (39648MO)
        Alex R. Lumaghi (56569MO)
        DOWD & DOWD, P.C.
        211 North Broadway, Suite 4050
        St. Louis, Missouri 63102
        Tel.: (314) 621-2500
        Fax: (314) 621-2503
        doug@dowdlaw.net
        bill@dowdlaw.net
        alex@dowdlaw.net

*Plaintiffs' Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

        */s/ John J. Driscoll*