# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION  )<br>)<br>)<br>)<br>This Document Relates to:   )<br>)<br>ALL CASES  )<br>) | MDL No. 2669<br><br>Case No. 4:15-MD-02669-JAR |

### PLAINTIFFS AND CLASS SETTLEMENT COUNSEL'S MOTION FOR (1) APPROVAL OF ATTORNEYS' FEES, (2) REIMBURSEMENT OF LITIGATION EXPENSES, AND (3) SERVICE AWARDS TO THE CLASS REPRESENTATIVES

1. Class Settlement Counsel have negotiated a settlement which creates an $11.2 million non-reversionary settlement fund and provides additional and substantial non-monetary relief. This settlement confers a substantial benefit on the Class in this difficult and novel class action.

2. Class Settlement Counsel therefore request a reasonable attorney fee award in the amount of one third (1/3) of the total settlement fund ($3,733,333.33), plus expenses in the amount of $78,032.38.

3. Plaintiffs and Class Settlement Counsel further request a service award of $5,000 for each Class Representative named in the Consolidated Amended Complaint, which is intended to compensate Plaintiffs for their efforts in the litigation and their commitment on behalf of the Class.

4. The legal and factual reasons supporting Plaintiffs and Class Settlement Counsel's Motion are set forth in their Memorandum in Support, filed herewith, and Plaintiffs and Class Settlement Counsel incorporate the same as if set forth fully herein.

WHEREFORE Plaintiffs and Class Settlement Counsel respectfully request that the Court enter its Order (1) Awarding Class Settlement Counsel attorneys' fees in the amount of one third (1/3) of the total settlement fund ($3,733,333.33) to be distributed to Plaintiffs' counsel; (2) Awarding counsel $78,032.38 in costs and expenses; and (3) awarding an incentive award of $5,000 to each of the named Plaintiffs in the Amended Consolidated Class Action Complaint.

Date:  October 20, 2017                                       Respectfully Submitted,

                                                                                          THE DRISCOLL FIRM, P.C.

By:    */s/ John J. Driscoll*
           John J. Driscoll (54729MO)
           Christopher J. Quinn (41883MO)
           Gregory G. Pals (48820MO)
           211 N. Broadway, 40th Floor
           St. Louis, Missouri 63102
           Tel.: (314) 932-3232
           Fax: (314) 932-3233
           john@thedriscollfirm.com
           chris@thedriscollfirm.com
           greg@thedriscollfirm.com

           */s/ W. Lewis Garrison, Jr.*
           W. Lewis Garrison, Jr.
           Christopher B. Hood
           Taylor C. Bartlett
           HENINGER GARRISON DAVIS, LLC
           2224 1st Avenue North
           Birmingham, Alabama 35203
           Tel.: (205) 326-3336
           Fax: (205) 326-3332
           wlgarrison@hgdlawfirm.com
           chood@hgdlawfirm.com
           taylor@hgdlawfirm.com

           James F. McDonough, III
           HENINGER GARRISON DAVIS, LLC
           3621 Vinings Slope, Suite 4320
           Atlanta, Georgia 30339

Tel.: (404) 996-0869
Fax: (205) 326-3332
jmcdonough@hgdlawfirm.com

*/s/ Douglas P. Dowd*
Douglas P. Dowd (29240MO)
William T. Dowd (39648MO)
Alex R. Lumaghi (56569MO)
DOWD & DOWD, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Tel.: (314) 621-2500
Fax: (314) 621-2503
doug@dowdlaw.net
bill@dowdlaw.net
alex@dowdlaw.net

*Plaintiffs' Class Settlement Counsel*