**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE ASHLEY MADISON CUSTOMER | ) |  |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 2669 |
|  | ) |  |

**ORDER**

In their Memorandum of Law in Support of Final Approval of Settlement (Doc. No. 368), Plaintiffs' Class Settlement Counsel have indicated the parties' intent to jointly present to the Court a set of Charities as *cy pres* award nominees at the Final Fairness Hearing set for November 20, 2017. Counsel further state that the parties could propose the Charities to be nominated prior to the Approval Hearing should the Court prefer. Accordingly, the parties are hereby directed to file a list of their proposed Charities **no later than Thursday, November 16, 2017.**

Dated this 7th day of November, 2017.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1