**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | MDL No. 2669 |

# ORDER

     Counsel may participate by telephone at the Final Approval Hearing set on November 20, 2017, by filing a notice with the Court. Counsel are directed to call the conference toll free at **1-877-810-9415** from the United States (for callers outside the United States the caller paid international number is 636-651-3185). **The access code to enter the telephone conference for all participants is: 7519116.**

Dated this 15th day of November, 2017.

*John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1