UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Civil Case

Date 11/20/2017   Judge John A. Ross   Case No. 15md2669 JAR

IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION

Court Reporter Lisa Paczkowski   Deputy Clerk Chelsea Olliges

Attorney(s) for Plaintiff(s) SEE ATTACHED LIST

Attorney(s) for Defendant(s) SEE ATTACHED LIST

☐ Court Appoints _____   ☐ Sealed Proceedings

**Proceedings:**

☐ Rule 16 Conference          ☐ Pretrial Conference
☐ Status Conference           ☐ In Chambers Conference
☐ Motion Hearing              ☐ Informal Matter
☐ Oral Arguments              ☒ Settlement Conference

Parties present for Final Approval Hearing. Discussion held. Order to issue.

Next hearing date/time _____   Type of hearing _____

Proceeding commenced  10:03 am          Proceeding concluded  10:46 am