UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | MDL No. 2669 |

# ORDER

**IT IS HEREBY ORDERED** that any objections to Plaintiffs' and Class Settlement Counsel's Motion for Reimbursement of Additional Litigation Expenses Incurred After the Motion for Final Approval was Filed (Doc. No. 385) must be filed no later than **Monday, June 25, 2018**.

Dated this 20th day of June, 2018.

*John A. Ross*

**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

1