## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 2669<br><br>Case No. 4:15-MD-02669-JAR |

## ORDER GRANTING
## PLAINTIFFS' AND CLASS SETTLEMENT COUNSEL'S MOTION FOR REIMBURSEMENT OF ADDITIONAL LITIGATION EXPENSES INCURRED AFTER THE MOTION FOR FINAL APPROVAL WAS FILED

Plaintiffs Brian Farr, Steven Coward, Marc Benefield, Nhung Truong, Gustavo Alfaro, David Yagel, John Hiles III, Matthew Lisuzzo, Britt Garrett, Christopher Russell, David Miller, James Mike Shows, Todd Witengier, Byron Goetting, Marvin Cabiness, Keith Macomber, Paul Jack, and Anthony Imbarrato, individually and on behalf of the Settlement Class (the "Class Representatives" or "Plaintiffs"), and Defendants Ruby Corp. (previously named Avid Life Media Inc.) and Ruby Life Inc. (previously named Avid Dating Life Inc.) (together, "Avid"), and Noel Biderman (altogether, "Defendants") reached a settlement, as set forth in the parties' Stipulation of Settlement (the "Stipulation" or the "Settlement").[1]

This matter has now come before the Court pursuant to Plaintiffs' and Class Settlement Counsel's Motion for Reimbursement of Additional Litigation Expenses Incurred After the Motion for Final Approval was Filed (the "Motion for Approval of Additional Expenses"). Doc. 385.  On October 20, 2017, Class Settlement Counsel and Plaintiffs submitted their Motion for (1) Approval of Attorneys' Fees, (2) Reimbursement of Litigation Expenses, and (3) Service

---

[1] Any capitalized or defined terms used in this Motion shall be a reference to that capitalized or defined term in the Stipulation of Settlement, which is docketed at Doc. 343-1 to 343-7.

Awards to the Class Representatives. Docs. 373 and 374 (the "Fee Motion"). That Fee Motion was granted on November 20, 2017.  Doc. 383.  In the Motion for Approval of Additional Expenses, Class Settlement Counsel[2] request an Order approving additional expenses that were incurred or otherwise billed after the Fee Motion [Docs. 373 and 374] was submitted. On June 20, 2018, the Court ordered that any objections to the Motion for Approval of Additional Expenses be filed by June 25, 2018.  Doc.  387. No objections were filed.

Based on the Motion for Approval of Additional Expenses, the Court further finds that it is appropriate to reimburse plaintiffs' counsel for the additional expenses billed to and/or incurred by them after the Fee Motion was submitted.  These expenses were primarily related to the costs of the mediator and for travel related expenses, all of which were expended to the benefit of the Class.  Class Settlement Counsel shall be reimbursed for such expense from the Settlement Fund, to be distributed to Plaintiffs' counsel in the following amounts:

| **Firm** | **Amount** |
|---|---|
| Heninger Garrison Davis, LLC | $8,667.63 |
| Rosen Law Firm | $3,517.76 |

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' and Class Settlement Counsel's Motion for Reimbursement of Additional Litigation Expenses Incurred After the Motion for Final Approval was Filed [385] is **GRANTED.**

The Court orders reimbursement for **$12,185.39** in expenses to be distributed to

---

[2] The Court appointed the law firms of The Driscoll Firm, P.C., 211 N. Broadway, 40th Floor, St. Louis, Missouri 63102; Heninger Garrison Davis, LLC, 2224 1st Avenue North, Birmingham, Alabama 35203, and Dowd & Dowd, P.C., 211 North Broadway, Suite 4050, St. Louis, Missouri 63102, as Class Settlement Counsel.  *See* Preliminary Approval Order, at p. 2.

Plaintiffs' counsel by the Settlement Administrator within seven (7) days of this Order as follows:

| Firm | Amount |
|---|---|
| Heninger Garrison Davis, LLC | $8,667.63 |
| Rosen Law Firm | $3,517.76 |

**IT IS FURTHER ORDERED** that the July 2, 2018 deadline for filing a second notice of accounting with the Court to account for and document the distributions done with the Reserve is **CONTINUED** to **Monday, July 16, 2018.**

The Court shall maintain continuing jurisdiction over these proceedings for the benefit of the Class as defined in this Order.

Dated this 29th day of June, 2018.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**